# Schedule AA

## SCHEDULE "AA"
## AUTHORITY FOR THE TAKING:

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and is funded by appropriations available to execute the tactical infrastructure program of U.S. Customs and Border Protection.

# Schedule B

## SCHEDULE "B"
## PUBLIC PURPOSE:

The public purpose for which said land is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# Schedule CC

**PF-225 RIO GRANDE VALLEY SECTOR**
**DEPARTMENT OF HOMELAND SECURITY**
**CUSTOMS AND BORDER PROTECTION**

Starr County, Texas

Tract: RGV-RGC-1104          Owner: J. C. Guerra          Acres: 0.707

A 0.707 of one acre (30,788 square feet) parcel of land out of a portion of Share 12-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of the residue of a called 99.25 acre tract of land described in a deed dated December 18, 1984 to J.C. Guerra, recorded in Volume 515, Page 564 of the Official Records of Star County Texas (O.R.S.C.T.), said 0.707 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a ½ inch iron rod found at the common west corner of Lots 17 and 18 of Campobello Subdivision, as shown on the plat thereof, recorded in Volume 2, Page 186, O.R.S.C.T., in the east line of a called 50.10 acre tract described in a deed dated March 3, 2006 to Justo De La O, recorded in Volume 1086, Page 185 (O.R.S.C.T.), thence as follows;

SOUTH 08°46'04" WEST, with the common line of said called 50.10 and Lot 17, at a distance of 94.58 passing the southwest corner of said Lot 17 and continuing for a total distance                                                                                    of 201.47 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,908.86 and E = 812,512.96.   All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone(4205), North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 71°57'04" EAST, leaving said common line, a distance of 6.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

2.  THENCE, SOUTH 67°17'50" EAST, a distance of 248.82 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

3.  THENCE, SOUTH 61°27'55" EAST, a distance of 287.88 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said J.C. Guerra tract and a called 1.60 acre tract described as "Tract a" in a deed

dated January 25, 1954 to Ignacio G. Gutierrez, recorded in Volume 191, Page 98, O.R.S.C.T., for the east corner of the herein described parcel;

4. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 71.31 feet to the south corner of the herein described parcel;

5. THENCE, NORTH 61°27'55" WEST, a distance of 246.30 feet to a point for an angle corner of the herein described parcel;

6. THENCE, NORTH 67°17'50" WEST, a distance of 237.10 feet to a point in the common line of said De La O tract and said J.C. Guerra tract for the west corner of the herein described parcel;

7. THENCE, NORTH 08°46'04" EAST, with said common line, a distance of 61.31 feet to the **POINT OF BEGINNING** and containing 0.707 of one acre (30,788 square feet) of land.

Tract: RGV- RGC-1104

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1104
Owner: J. C. Guerra, et al.
Acres: 0.707

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1082          Owner: Ignacio G. Gutierrez          Acres: 0.172

A 0.172 of one acre (7,512 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 1.60 acre tract of land described in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Ignacio G. Gutierrez, recorded in Volume 191, Page 89 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.172 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch steel pipe found in the northwest line of said called 1.60 acre tract, common to the southeast line of the residue of a called 99.25 acre tract of land described in a deed dated December 18, 1984 from Rio Vista Estates, Inc., to J.C. Guerra, recorded in Volume 515, Page 564 O.R.S.C.T. of the Map Records of Star County (M.R.S.C.T.), thence as follows;

NORTH 61°14'29" EAST, with said common line, a distance of 106.25 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the most westerly corners of the parcel herein described and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,639.10 and E = 812,938.72. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, NORTH 61°14'29" EAST, continuing with said common line, a distance of 71.31 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

2. THENCE, SOUTH 61°27'55" EAST, with said proposed northeast right-of-way line, a distance of 125.15 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said called 1.60 acre tract and a tract of land described in a deed dated November 10, 1969 to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539, O.R.S.C.T. for the east corner of the herein described parcel;

3. THENCE, SOUTH 61°10'00" WEST, with said common line, a distance of 71.25 feet to the southwest corner of the herein described parcel;

4. THENCE, NORTH 61°27'55" WEST, with said proposed southwest right-of-way line, a distance of 125.26 feet to the **POINT OF BEGINNING** and containing 0.172 of one acre (7,512 square feet) of land.

Tract: RGV-RGC-1082

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1082
Owner: Ignacio G. Gutierrez, et al.
Acres: 0.172

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION
Tract: RGV-RGC-1081    Owner: Cecillo Homero Gutierrez, M.D.    Acres: 0.181

A 0.181 of one acre (7,869 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of tract of land described in a deed dated November 10, 1969 from Encarnacion Gutierrez and wife Olivia L. Gutierrez to Dr. Cecillo Homero Gutierrez, M.D., recorded in Volume 346, Page 539 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.181 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch steel pipe found in the northwest line of a called 1.60 acre tract of land described as "Tract a" in a deed dated January 25, 1954 to Ignacio G. Gutierrez, recorded in Volume 191, Page 89, O.R.S.C.T., common to the southeast line of a tract of land described in a deed dated December 18, 1984 to J.C. Guerra, recorded in Volume 515, Page 564 O.R.S.C.T., thence as follows;

NORTH 61°14'29" EAST, with said common line, a distance of 106.25 feet to a point in the proposed southwest right-of-way line of the Border Fence (60 feet wide);

SOUTH 61°27'55" EAST, with said proposed southwest right-of-way line, a distance of 125.26 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said called 1.60 acre tract and said Gutierrez, M.D. tract for the west corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,579.27 and E = 813,048.76. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone,(4205) North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, NORTH 61°10'00" EAST, with said common line, a distance of 71.25 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

2. THENCE, SOUTH 61°27'55" EAST, with said proposed northeast right-of-way line, a distance of 47.72 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." for an angle corner of the herein described parcel;

3. THENCE, SOUTH 49°23'54" EAST, continuing with said proposed northeast right-of-way line, a distance of 81.87 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said Gutierrez, M.D. tract and a called 0.61 of one acre tract of land described in a deed dated January 25, 1954 to Romulo Gutierrez, recorded in Volume 191, Page 98, O.R.S.C.T. for the east corner of the herein described parcel;

4. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 64.12 feet to an angle corner for the south corner of the herein described parcel;

5. THENCE, NORTH 49°23'54" WEST, with said proposed southwest right-of-way line, a distance of 52.92 feet to an angle corner of the herein described parcel;

6. THENCE, NORTH 61°27'55" WEST, continuing with said proposed southwest right-of-way line, a distance of 79.79 feet to the **POINT OF BEGINNING** and containing 0.181 of one acre (7,869 square feet) of land.

Tract: RGV-RGC-1081

# Schedule DD

# SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1081
Owner: Cecillo Homero Gutierrez, M.D., et al.
Acres: 0.181

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1080          Owner: Romulo Gutierrez          Acres: 0.185

A 0.185 of one acre (8,056 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 0.61 of one acre tract of land described in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Romulo Gutierrez, recorded in Volume 191, Page 98 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.185 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a called 1.00 acre tract of land described in a deed dated July 11, 1974 to Matilde Munoz and wife, Lucia G. Munoz, recorded in Volume 395, Page 389, O.R.S.C.T., and a called 1.60 acre tract of land described in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T., from which a found ½ inch iron rod bears NORTH 61°14'29" EAST, a distance of 0.90 feet, thence as follows;

SOUTH 61°14'29" WEST, with the common line of said called 1.00 and 1.60 acre tracts, at a distance of 284.25 feet passing a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the proposed northeast right-of-way line of a Border Fence (60 feet wide), and continuing for a total distance of 318.14 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the common corner of said called 0.61 of one acre and 1.00 acre tracts and the east corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,419.58 and E = 813,305.28. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone(4205), North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, with the common line of said called 0.61 of one acre and 1.60 acre tracts, a distance of 31.01 feet to the south corner of the herein described parcel;

2. THENCE, NORTH 49°23'54" WEST, with said proposed southwest right-of-way line, a distance of 156.80 feet to a point in the common line of said called 0.61 of one acre tract and a tract of land described in a deed dated November 10, 1969 to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539, O.R.S.C.T.. for the west corner of the herein described parcel;

3. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 64.12 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

4. THENCE, SOUTH 49°23'54" EAST, with said proposed northeast right-of-way line, a distance of 69.53 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said called 0.61 of one acre and 1.00 acre tracts for an angle corner of the herein described parcel;

5. THENCE, SOUTH 27°06'50" EAST, with said common line, a distance of 81.70 feet to the **POINT OF BEGINNING** and containing 0.185 of one acre (8,056 square feet) of land.

Tract: RGV-RGC-1080

# Schedule DD

# SCHEDULE "DD"



**STARR COUNTY, TEXAS**
PORCION 71, ANCIENT JURISDICTION OF MIER

LAND TO BE CONDEMNED

Tract: RGV- RGC-1080
Owner: Romulo Gutierrez, et al.
Acres: 0.185

Amended Declaration of Taking-18

# Schedule CC

**PF-225 RIO GRANDE VALLEY SECTOR**
**DEPARTMENT OF HOMELAND SECURITY**
**CUSTOMS AND BORDER PROTECTION**

Tract: RGV-RGC-1079      Owner:  Matilde and Lucia G. Munoz      Acres: 0.031

A 0.031 of one acre (1,356 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 1.00 acre tract of land described in a deed dated July 11, 1974 from Hortencia C. Gutierrez to Matilde Munoz and wife, Lucia G. Munoz, recorded in Volume 395, Page 389 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.031 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of said called 1.00 acre tract and a called 1.60 acre tract of land described in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T., from which a found ½ inch iron rod bears NORTH 61°14'29" EAST, a distance of 0.90 feet, thence as follows;

SOUTH 61°14'29" WEST, with the common line of said called 1.00 and 1.60 acre tracts, a distance of 284.25 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the east corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,435.89 and E = 813,334.99.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (CORS 96).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, continuing with said common line, a distance of 33.89 feet to a point for the south corner of said called 1.00 acre tract, common to the east corner of a called 0.61 of one acre tract of land described in a deed dated January 25, 1954 to Romulo Gutierrez, recorded in Volume 191, Page 98, O.R.S.C.T. for the south corner of the herein described parcel;

2. THENCE, NORTH 27°06'50" WEST, with the common line of said called 1.00 acre and 0.61 of one acre tracts, a distance of 81.70 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the proposed northeast right-of-way line of said Border Fence for the west corner of the herein described parcel;

3. THENCE, SOUTH 49°23'54" EAST, with said proposed northeast right-of-way line, a distance of 75.08 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

4. THENCE, SOUTH 52°46'57" EAST, continuing with said proposed northeast right-of-way line, a distance of 12.49 feet to the **POINT OF BEGINNING** and containing 0.031 of one acre (1,356 square feet) of land.

Tract: RGV-RGC-1079

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1079
Owner: Matilde and Lucia G. Munoz, et al.
Acres: 0.031

# Schedule CC

**PF-225 RIO GRANDE VALLEY SECTOR**
**DEPARTMENT OF HOMELAND SECURITY**
**CUSTOMS AND BORDER PROTECTION**

Tract: RGV-RGC-1079E     Owner: Matilde and Lucia G. Munoz     Acres: 0.690

Being 0.690 of one acre (30,075 square feet) of land out of a portion of Share 11-A out of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, being out of a called 1.00 acre tract of land described in a deed dated July 11, 1974 from Hortencia C. Gutierrez to Matilde Munoz and wife, Lucia G. Munoz, recorded in Volume 395, Page 389 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.690 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a called 1.55 acre tract of land described as "Third Tract" in a deed dated January 25, 1954 to Angelita G. Haynes, recorded in Volume 191, Page 97, O.R.S.C.T. and a called 1.51 acre tract of land described as "First Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T., from which a found 2 inch steel pipe bears SOUTH 61°14'29" WEST, a distance of 0.26 feet, thence as follows;

NORTH 27°05'31" WEST, with the north line of said Share 11-A, a distance of 356.64 feet to the common easterly corner of said called 1.00 acre tract and a called 1.60 acre tract described as "Second Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T. for the east corner and **POINT OF BEGINNING** of the herein described easement, having grid coordinates of N = 16,674,572.65 and E = 813,584.18, from which a found ½ inch iron rod bears NORTH 61°14'29" EAST, a distance of 0.90 feet. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, with the common line of said called 1.00 and 1.60 acre tracts, a distance of 222.41 feet to a point for the south corner of the herein described easement;

2. THENCE, NORTH 33°21'03" WEST, a distance of 65.32 feet to a point for the west corner of the herein described easement;

3. THENCE, NORTH 11°23'12" EAST, a distance of 106.78 feet to a point in the common line of said called 1.00 acre tract and a tract of land described in a deed dated November 10, 1969 to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539, O.R.S.C.T. for the northwest corner of the herein described easement;

4. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 105.87 feet to a point for an angle corner of the herein described easement;

5. THENCE, NORTH 83°29'03" EAST, a distance of 61.07 feet to a point in the northeast line of said Share 11-A for the north corner of the herein described easement;

6. THENCE, SOUTH 27°05'31" EAST, with the northeast line of said Share 11-A, a distance of 123.67 feet to the **POINT OF BEGINNNG** and containing 0.690 of one acre (30,075 square feet) of land.

Tract: RGV-RGC-1079E

# Schedule DD

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1079E
Owner: Matilde and Lucia G. Munoz, et al.
Acres: 0.69

# Schedule CC

Tract: RGV-RGC-1078     Owner: Juan and Ascencion V. Montalvo     Acres: 0.233

A 0.233 of one acre (10,160 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 1.60 acre tract of land described in a deed dated March 10, 1975 from Jacinto Montalvo and wife, Zulema Pena de Montalvo to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.233 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a called 1.00 acre tract of land described in a deed dated July 11, 1974 to Matilde Munoz and wife, Lucia G. Munoz, recorded in Volume 395, Page 389, O.R.S.C.T., and said called 1.60 acre tract, from which a found ½ inch iron rod bears NORTH 61°14'29" EAST, a distance of 0.90 feet, thence as follows;

SOUTH 61°14'29" WEST, with the common line of said called 1.00 and 1.60 acre tracts, a distance of 284.25 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,674,435.89 and E = 813,334.99. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 52°46'57" EAST, with said proposed northeast right-of-way line, a distance of 169.40 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set in the common line of said called 1.60 acre tract and a called 1.55 acre tract of land described in a deed dated January 25, 1954 to Angelita G. Haynes, recorded in Volume 191 Page 97, O.R.S.C.T. for the east corner of the herein described parcel;

2. THENCE, SOUTH 61°14'29" WEST, with said common line, a distance of 65.69 feet to an angle corner for the south corner of the herein described parcel;

3. THENCE, NORTH 52°46'57" WEST, with said proposed southwest right-of-way line, a distance of 156.92 feet to a point for an angle corner of the herein described parcel;

4. THENCE, NORTH 49°23'54" WEST, continuing with said proposed southwest right-of-way line, a distance of 12.19 feet to a point in the common line of said

called 1.60 acre and a called 0.61 of one acre tract of land described in a deed dated January 25, 1954 to Romulo Gutierrez, recorded in Volume 191, Page 98, O.R.S.C.T. for the west corner of the herein described parcel;

5. THENCE, NORTH 61°14'29" EAST, with said common line, at distance of 31.01 feet passing the common corner of said called 0.61 of one acre and 1.00 acre tracts and continuing with the common line of said called 1.00 acre and 1.60 acre tracts for a total distance of 64.90 feet to the **POINT OF BEGINNING** and containing 0.233 of one acre (10,160 square feet) of land.

Tract: RGV-RGC-1078

# Schedule DD



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV-RGC-1078
Owner: Juan and Ascencion V. Montalvo, et al.
Acres: 0.233

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION
Tract: RGV-RGC- 1078E    Owner:    Juan and Asecncion V. Montalvo    Acres: 0.760

Being 0.760 of one acre (33,103 square feet) of land out of a portion of Share 11-A of
Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, being a
portion of a called 1.60 acre tract of land described in a deed dated March 10, 1975 from
Jacinto Montalvo and wife, Zulema Pena de Montalvo to Juan Montalvo and wife,
Ascencion V. Montalvo, recorded in Volume 384, Page 137 of the Official Records of Starr
County Texas  (O.R.S.C.T.), said 0.760 of one acre of land being more particularly
described by metes and bounds as follows:

COMMENCING for reference at the common easterly corner of a called 1.55 acre tract of
land described as "Third Tract" in a deed dated January 25, 1954 to Angelita G. Haynes,
recorded
in Volume 191, Page 97, O.R.S.C.T. and a called 1.51 acre tract of land described as "First
Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo,
recorded in Volume 384, Page 137, O.R.S.C.T., from which a found 2 inch steel pipe bears
SOUTH 61°14'29" WEST, a distance of 0.26 feet, thence as follows;

NORTH 27°05'31" WEST, with the north line of said Share 11-A, a distance of 201.84
feet
to the common easterly corner of said called 1.60 and 1.55 acre tracts for the east corner
and **POINT OF BEGINNING** of the herein described easement, having grid coordinates
of
N = 16,674,434.84 and E = 813,654.68.  All bearings and coordinates are based on the
Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983
(96 CORS).  All distances and coordinates are grid and may be converted to surface by
multiplying by a combined scale factor of 1.00004;

1. THENCE, SOUTH 61°14'29" WEST, with common line of said called 1.60 and
   1.55 acre tracts, a distance of 205.48 feet to a point for the south corner of the
   herein described parcel;

2. THENCE, NORTH 33°21'03" WEST, a distance of 155.23 feet to a point in the
   common line of said called 1.60 acre tract and a called 1.00 acre tract of land
   described in a deed dated July 11, 1974 to Matilde Munoz and wife, Lucia G.
   Munoz, recorded in Volume 395, Page 389, O.R.S.C.T. for the west corner of the
   herein described parcel;

3. THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 222.41
   feet to a point in the northeast line of said Share 11-A for the north corner of the
   herein described parcel;

4. THENCE, SOUTH 27°05'31" EAST, with the northeast line of said Share 11-A, a distance of 154.80 feet to the **POINT OF BEGINNING** and containing 0.760 of one acre (33,103 square feet) of land.

Tract: RGV-RGC-1078E

# Schedule DD

## SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV- RGC-1078E
Owner: Juan and Ascencion V. Montalvo, et al.
Acres: 0.76

Amended Declaration of Taking-30

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1077          Owner: Angelita G. Haynes          Acres: 0.282

A 0.282 of one acre (12,266 square feet) parcel of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 1.55 acre tract of land described as "Third Tract" in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Angelita G. Haynes, recorded in Volume 191, Page 97 of the Official Records of Starr County Texas(O.R.S.C.T.), said 0.282 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2" steel pipe found for the common easterly corner of said called 1.55 acre tract and a called 1.51 acre tract of land described as "First Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T., thence as follows;

SOUTH 61°14'29" WEST, with the common line of said called 1.55 and 1.51 acre tracts, a distance of 183.40 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the east corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of  N = 16,674,166.90 and E = 813,585.82.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (96 CORS).  All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 61°14'29" WEST, continuing with said common line, a distance of 60.19 feet to the south corner of the herein described parcel;

2.  THENCE, NORTH 33°21'03" WEST, leaving said common line, a distance of 172.75 feet to a point for an angle corner of the herein described parcel;

3.  THENCE, NORTH 52°46'57" WEST, a distance of 32.36 feet to a point in the common line of said called 1.55 acre tract and a called 1.60 acre tract of land described as "Second Tract" in a deed dated March 10, 1954 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T. for the west corner of the herein described parcel;

4.  THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 65.69 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

5.  THENCE, SOUTH 52°46'57" EAST, a distance of 15.89 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner of the herein described parcel;

6. THENCE, SOUTH 33°21'03" EAST, continuing with said proposed northeast right-of-way line, a distance of 187.84 feet to the **POINT OF BEGINNING** and containing 0.282 of one acre (12,266 square feet) of land.

Tract: RGV-RGC-1077

# Schedule DD

## SCHEDULE "DD"



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV- RGC-1077
Owner: Angelita G. Haynes, et al.
Acres: 0.282

# Schedule CC

PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Tract: RGV-RGC-1077E          Owner: Angelita G. Haynes          Acres: 0.194

Being 0.194 of one acre (8,468 square feet) of land out of a portion of Share 11-A of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, being a portion of a called 1.55 acre tract of land described as "Third Tract" in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Angelita G. Haynes, recorded in Volume 191, Page 97 of the Official Records of Starr County Texas (O.R.S.C.T.), said 0.194 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2" steel pipe found for the common easterly corner of said called 1.55 acre tract and a called 1.51 acre tract of land described as "First Tract" in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T., thence as follows;

NORTH 27°05'31" WEST, with the north line of said Share 11-A, a distance of 201.84 feet to the common easterly corner of said called 1.55 acre tract and a called 1.60 acre tract of land described in a deed dated March 10, 1975 to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137, O.R.S.C.T. and the northeast corner and **POINT OF BEGINNING** of the herein described easement, having grid coordinates of N = 16,674,434.84 and E = 813,654.68. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (96 CORS). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

1.  THENCE, SOUTH 32°02'13" WEST, a distance of 102.85 feet to an angle corner of the herein described easement;

2.  THENCE, SOUTH 56°32'09" WEST, a distance of 111.31 feet to an angle corner of the herein described easement;

3.  THENCE, NORTH 33°21'03" WEST, with said proposed northeast right-of-way line, a distance of 59.51 feet to a point in the common line of said called 1.55 and 1.60 acre tracts for the west corner of the herein described easement;

4.  THENCE, NORTH 61°14'29" EAST, with said common line, a distance of 205.48 feet to the **POINT OF BEGINNING** and containing 0.194 of one acre (8,468 square feet) of land.

Tract: RGV-RGC-1077E

# Schedule DD

# SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1077E
Owner: Angelita G. Haynes, et al.
Acres: 0.194

# Schedule EE

ESTATE TAKEN
FEE, EXCLUDING MINERALS
Tracts RGV-RGC-1104, RGV-RGC-1082, RGV-RGC-1081, RGV-RGC-1080, RGV-RGC-1079, RGV-RGC-1078 and RGV-RGC-1077

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding all interest in minerals and the rights appurtenant thereto; reserving the following rights and interest in the property being acquired by the United States and described herein: a perpetual right of way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and, the United States along and on both sides of the border barrier to read and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side/ The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken except and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interest in water distribution and drainage systems are subordinated to the construction, operation and maintenance of the border barrier.

# Schedule FF

## SCHEDULE "FF"
### ESTIMATE OF JUST COMPENSATION

SCHEDULE "FF" FOR TRACTS RGV-RGC-1104, RGV-RGC-1082, RGV-RGC-1081, RGV-RGC-1080, RGV-RGC-1079, RGV-RGC-1078, RGV-RGC-1077, RGV-RGC-1079E, RGV-RGC-1078E, RGV-RGC-1077E:

The sum of TEN THOUSAND NINE HUNDRED DOLLARS AND NO/100 ($10,900.00) was previously deposited with the Court for the use and benefit of the persons entitled thereto. The sum of TWENTY-SIX THOUSAND SIX HUNDRED DOLLARS AND NO/100 ($26,600.00) is the current estimate of total just compensation for all interests in real property described herein. The additional sum of FIFTEEN THOUSAND SEVEN HUNDRED DOLLARS AND NO/100 ($15,700.00), will be deposited herewith in the registry of said Court for the use and benefit of the persons entitled therein.

### WITH RESPECT TO TRACT RGV-RGC-1104:

The sum estimated as just compensation for the land acquired is SEVEN THOUSAND SIX HUNDRED DOLLARS AND NO/100 ($7,600.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

### WITH RESPECT TO TRACT RGV-RGC-1082:

The sum estimated as just compensation for the land acquired is TWO THOUSAND THREE HUNDRED DOLLARS AND NO/100 ($2,300.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

### WITH RESPECT TO TRACT RGV-RGC-1081:

The sum estimated as just compensation for the land acquired is TWO THOUSAND EIGHT HUNDRED DOLLARS AND NO/100 ($2,800.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

### WITH RESPECT TO TRACT RGV-RGC-1080:

The sum estimated as just compensation for the land acquired is THREE THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($3,500.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

**WITH RESPECT TO TRACTS RGV-RGC-1079 and RGV-RGC-1079E:**

The sum estimated as just compensation for the land acquired is SEVEN HUNDRED DOLLARS AND NO/100 ($700.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

**WITH RESPECT TO TRACTS RGV-RGC-1078 and RGV-RGC-1078E:**

The sum estimated as just compensation for the land acquired is FOUR THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($4,500.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

**WITH RESPECT TO TRACTS RGV-RGC-1077 and RGV-RGC-1077E:**

The sum estimated as just compensation for the land acquired is FIVE THOUSAND TWO HUNDRED DOLLARS AND NO/100 ($5,200.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

# Schedule GG

## NAMES AND ADDRESSES OF INTERESTED PARTIES:

Adolfo and Sylvia M. Ramirez, Husband and Wife

Roma, TX 78584

**Tract RGV-RGC-1104**

John F. J. Guerra

Provincetown, MA 02657
(PR 01-16)

**Tract RGV-RGC-1082**

Jose Ignacio Gutierrez

Austin, TX 78723
(PR 06-004 and deed Vol. 1238, Page 90)

Minerva G Guerra

McAllen, TX 78501
(PR 06-004 and deed Vol. 1238, Page 100)

Rosario G. Pope

Rio Grande City, TX 78582
(PR 06-004 and deed Vol. 1238, Page 95)

Celeste G. Narro

Rio Grande City, TX 78582
(PR 06-004 and deed Vol. 1238, Page 85)

Cecilia G. Martinez

McAllen, TX 78504
(PR 06-004 and deed Vol. 1238, Page 105)

Maria Iris G. Trevino

McAllen, TX 78504
(PR 06-004 and deed Vol. 1238, Page 80)

Carrol W. Lake

Kenedy, TX 78119
(Volume 697, Page 597)

Shell Oil Company
████████████
New Orleans, LA 70160
(Oil Lease Vol 778, Page 351)

### Tract RGV-RGC-1081

Estate of Homer Gutierrez, M.D. aka Cecilio Homero Gutierrez
████████████
Firebaugh, CA 93622
(Deed Vol 346, Page 539)

Carrol W. Lake
████████████
Kenedy, TX 78119
(Volume 697, Page 597)

Shell Oil Company
████████████
New Orleans, LA 70160
(Oil Lease Vol 452, Page 786)

### Tract RGV-RGC-1080

Jose Ignacio Gutierrez, Trustee
████████████
Austin, TX 78723
(Deed Vol 386, Page 684)

Carrol W. Lake
████████████
Kenedy, TX 78119
(Volume 697, Page 597)

### Tract RGV-RGC-1079 and RGV-RGC-1079E

Raul and Noeliz M. Munoz, Husband and Wife
████████████
Misson, TX 78572
(named on original DT)

Lucia G. Munoz
Address unknown
(Vol 395, Page 389 and Vol. 378, Page 460—Husband owned with the wife but he died
intestate in 1994)

First National Bank of Rio Grande City
Rodolfo Cantu, Trustee
5332 E. US Highway 83
Rio Grande City, TX 78582
(Renewal and Extension Agreement Subsequent Renewal Vol 577, Page 260)

### Tract RGV-RGC-1078 and RGV-RGC-1078E

Juan and Ascencion Montalvo, Husband and Wife

Roma, TX 78584
(Juan died before we filed the DT. It was owned by Tenants by the Entirety. However, he was named this was on the DT.)

Carrol W. Lake

Kenedy, TX 78119
(Volume 697, Page 597)

### Tract RGV-RGC-1077 and RGV-RGC-1077E

Jose Ignacio Gutierrez

Austin, TX 78723
(Deed Vol 386, Page 684 and Vol 727, Pages 43, 45, 47, 49 and 51 and PR 06-004)

Estate of Homer Gutierrez, M.D. aka Cecilio Homero Gutierrez

Firebaugh, CA 93622
(PR-90-15)

Eliza D. Gutierrez

Austin, TX 75757
(PR-08-003)

Richard F. Gutierrez
Exec of Estate of Emilio Gutierrez

Del Rio, TX 78840
(PR 06-004)

Minerva G Guerra

McAllen, TX 78501
(PR 06-004)

Rosario G. Pope

█████████
Rio Grande City, TX 78582
(PR 06-004)

Celeste G. Narro
█████████
Rio Grande City, TX 78582
(PR 06-004)

Cecilia G. Martinez
█████████
McAllen, TX 78504
(PR 06-004)

Maria Iris G. Trevino
█████████
McAllen, TX 78504
(PR 06-004)

Estate of Romulo Gutierrez
Address Unknown

Carrol W. Lake
█████████
Kenedy, TX 78119
(Volume 697, Page 597)