## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.    7:08-CV-177 |
| | § | |
| 3.17 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATED IN STARR COUNTY, | § | |
| TEXAS; AND JUAN MONTALVO, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

### CERTIFICATE OF COMMENCEMENT OF SERVICE BY PUBLICATION

---

The Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Texas, hereby certifies that he believes that the Defendants named below cannot be personally served, because after diligent inquiry within the State of Texas, their place(s) of residence and/or business cannot be ascertained by the Plaintiff, or if ascertained, the place(s) or residence and/or business of said Defendants are beyond the territorial limits of personal service as provided in Fed. R. Civ. P. 71.1(d)(3)(B).

**PARTIES:**

| | | |
|---|---|---|
| **7:08-CV-177**<br>1st Nat'l Bank of Rio Grande City<br>Rodolfo Cantu, Trustee<br>Rio Grande City, TX 78582 | **7:08-CV-177**<br>Est. Of Cecilio Homero Gutierrez<br>Firebaugh, CA 93622 | **7:08-CV-177**<br>Estate of Romulo Gutierrez<br>Unknown Address |
| **7:08-CV-177**<br>Lucia G. Munoz, Deceased<br>Unknown Address | **7:08-CV-177**<br>John F. Guerra<br>P.O. Box 518<br>Truro, MA 02666 | **7:08-CV-177**<br>Jose Ignacio Gutierrez, Trustee<br>Austin, TX 78723 |

Respectfully,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:

*s/ Richard Kincheloe*
**RICHARD KINCHELOE**
Assistant United States Attorney
SDTX No. 1132346
Texas Bar No. 24068107
1000 Louisiana, Ste. 2300
Houston, TX 77002
Telephone:  (713) 567-9000
Facsimile:  (713) 718-3303
Attorney in Charge for Plaintiff