IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>3.17 ACRES OF LAND, MORE OR LESS,<br>SITUATED IN STARR COUNTY, TEXAS;<br>AND JUAN MONTALVO, ET AL.,<br>　　　Defendants. | §<br>§<br>§<br>§　CASE NO. 7:08-CV-177<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS', NOELIA MONTALVO MUNOZ and SYLVIA MONTALVO RAMIREZ, DEMAND FOR JURY TRIAL**

TO THE HONORABLE COURT:

　　Defendants, NOELIA MONTALVO MUNOZ and SYLVIA MONTALVO RAMIREZ, assert their rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues that can be decided by a jury in this cause.

Dated: May 30, 2019

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　GAYTAN LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul Gaytan*

　　　　　　　　　　　　　　　　　　　　　　Paul Anthony Gaytan
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007233
　　　　　　　　　　　　　　　　　　　　　　Federal Bar No. 23940
　　　　　　　　　　　　　　　　　　　　　　Email: paul@gaytanlaw.com
　　　　　　　　　　　　　　　　　　　　　　808 S. Shary Rd., Ste. 5, #350
　　　　　　　　　　　　　　　　　　　　　　Mission, TX 78572
　　　　　　　　　　　　　　　　　　　　　　Tel. (956) 584-0295
　　　　　　　　　　　　　　　　　　　　　　Fax. (888) 879-5044
　　　　　　　　　　　　　　　　　　　　　　**Attorney for Defendants,**
　　　　　　　　　　　　　　　　　　　　　　**Noelia Montalvo Munoz and**
　　　　　　　　　　　　　　　　　　　　　　**Sylvia Montalvo Ramirez**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on the 30th day of May 2019, he electronically submitted a true and correct copy of the foregoing Demand for Jury Trial with the Court via the CM/ECF system, which will serve a copy on all counsel of record for Plaintiff.

*/s/ Paul A. Gaytan*
Paul A. Gaytan