IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 7:08-CV-177 |
| § | |
| 3.17 ACRES OF LAND, MORE OR LESS, § | |
| SITUATED IN STARR COUNTY, TEXAS; § | |
| AND JUAN MONTALVO, ET AL., § | |
| Defendants. § | |

### DEFENDANT ASCENCION MONTALVO'S DEMAND FOR JURY TRIAL

TO THE HONORABLE COURT:

Defendant, ASCENCION MONTALVO, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues that can be decided by a jury in this cause.

Dated: May 31, 2019

Respectfully submitted,

**GAYTAN LAW FIRM, PLLC**

*/s/ Paul Gaytan*

Paul Anthony Gaytan
Texas Bar No. 24007233
Federal Bar No. 23940
Email: paul@gaytanlaw.com
808 S. Shary Rd., Ste. 5, #350
Mission, TX 78572
Tel. (956) 584-0295
Fax. (888) 879-5044
**Attorney for Defendant,
Ascencion Montalvo**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on the 31st day of May 2019, he electronically submitted a true and correct copy of the foregoing Demand for Jury Trial with the Court via the CM/ECF system, which will serve a copy on all counsel of record for Plaintiff.

*/s/ Paul A. Gaytan*
Paul A. Gaytan