# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1104**
**Owner: John F.J. Guerra**
**Acres: 2.117**

**SCHEDULE "CCC"**
**LEGAL DESCRIPTION**

Tract: RGV-RGC-1104
Owner: John F.J. Guerra
Acres: 2.117
**BEING** a 2.117 acre tract (92,211 square feet) parcel of land, more or less, out of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the J. Salinas Grant, Abstract 163, Share 8b, and a portion of the residue of a called 99.25 acre tract of land described in a deed dated December 18, 1984, from Rio Vista Estates, Inc., to John F.J. Guerra, recorded in Volume 515, Page 564 of the Official Records of Starr County, Texas (O.R.S.C.T.) parcel of land being more particularly described as follows;

**COMMENCING at a point** for reference at a 1/2-inch iron rod found, having a coordinate value of N=16,675,107.980, and E=812,543.630, for the common west corner of Lots 17 and 18 of the Campobello Subdivision, as shown on the plat thereof recorded in Volume 2, Page 186, of the Map Records of Starr County, Texas (M.R.S.C.T.) on the east line of the residue of a called 50.10 acre tract described in a deed dated March 3, 2006, to Justo De La O, recorded in Volume 1086, Page 185 (O.R.S.C.T.), thence as follows;

S 08°46'04" W, with the common east line of said called 50.10 acre tract and the west line of said Lot 17, at a distance of 94.58 feet passing the southwest corner of said Lot 17 and continuing for a total distance of 201.47 feet to a 5/8 inch iron rod with aluminum cap marked RGV-RGC-1104-1 set for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N=16,674,908.855 and E=812,512.958, said point bears North 35°02'21" West, a distance of 2,188.63 feet from United States Army Corp of Engineers Monument No. S133;

**THENCE:** SOUTH 71°57'04" EAST, a distance of 6.12 feet, over and across the residue of said 99.25 acres with the northerly line of the herein described Parcel RGV-RGC-1104 to a 5/8 inch iron rod with aluminum cap marked RGV-RGC-1104-2 set for an angle corner of the herein described parcel;

**THENCE:** SOUTH 67°17'50" EAST, a distance of 248.82 feet, over and across the residue of said 99.25 acres continuing with the northerly line of the herein described Parcel RGV-RGC-1104 to a 5/8 inch iron rod with aluminum cap marked RGV-RGC-1104-3 set for an angle corner of the herein described parcel;

**THENCE:** SOUTH 61°27'55" EAST, a distance of 287.88 feet, continuing with the northerly line of the herein described Parcel RGV-RGC-1104 to a 5/8 inch iron rod with aluminum cap marked RGV-RGC-1104-4= 1082-1 set in the common east line thereof and the west line of a called 1.60 acre tract described as "Tract a" in a deed dated January 25, 1954 to Ignacia G. Gutierrez, recorded in Volume 191, Page 98 (O.R.S.C.T.) for the east corner of the herein described parcel;

**THENCE:** SOUTH 61°14'28" WEST, at a distance of 192.68 pass the south share lines of 11-a and 8-b in Porción 71, along said common line, a distance of 267.49 feet to a point at the north line of the Rio Grande River (as of the time of this survey) for the south corner of this tract;

**THENCE:** Along the north river line of the Rio Grande River the following directions and distances, approximating the north river line as of the time of this survey;

**THENCE:** NORTH 56°29'29" WEST, a distance of 176.94 feet to an angle point;

**THENCE:** NORTH 60°12'22" WEST, a distance of 17.39 feet to an angle point;

**THENCE:** NORTH 65°59'06" WEST, a distance of 134.11 feet to a point for the west corner of this tract;

**THENCE:** NORTH 08°46'04" EAST, at a distance of 160.20 feet passing the southeast corner of said called 50.10 acre tract and continuing a total distance of 205.65 feet, to the **POINT OF BEGINNING** and containing a 2.117 acre tract (92,211 square feet) tract of land.

# SCHEDULE

# "DDD"

**Tract: RGV-RGC-1104**
**Owner: John F.J. Guerra**
**Acres: 2.117**



STARR COUNTY, TX. ANCIENT JURISDICTION OF MIER
J. SALINAS GRANT, A-163, PORCION 71

CONTROL POINT
PT# S133
N=16,767,00.818
E=813,769.534

SCALE: 1" = 200'

CAMPOBELLO SUBDIVISION
VOL 2 PG 186
1/18/80
M.R.S.C.T.

CALLED 50.10 AC
JUSTO DE LA O
VOL 1086 PG 185
5/3/2006
O.R.S.C.T.

DETAIL "A"

S 08°46'04" W
201.47'

1/2"
I.R. FND

POC
1/2" I.R. FND
N=16,675,107.980
E=812,543.630

S 08°46'04" W
94.58'

RGV-RGC-1104 POB
RGV-RGC-1104-1

SEE DETAIL "A"

CITY OF ROMA
LIFT STATION "G"
0.020 AC. (900 S.F.)
DEED RECORD NOT FOUND
(METES&BOUNDS PROVIDED
BY CITY OF ROMA)

RESIDUE OF
CALLED 99.25 AC.
RIO VISTA ESTATES INC.
TO
JOHN F.J. GUERRA
VOL 515, PG 564
O.R.S.C.T.

RIO GRANDE RIVER

SOUTH LINE SHARE 12-0

NORTH LINE OF RGV-RGC 1003

RGV-RGC-1104-2

RGV-RGC-1104-3
SOUTH LINE SHARE 8-0

1/2"
I.R. FND

RGV-RGC-1104-4
1082-L

CALLED 1.60 AC.
TRACT II
IGNACIO G. GUTIERREZ
VOL 151, PG 89
O.R.S.C.T.

RGV-RGC-1082

RGV-RGC-1081

RGV-RGC-1080

SOUTH LINE SHARE 11-0

EDGE OF WATER ON SURVEY DATE

RGV-RGC-1104
2.117 AC. (92,211 SF.)

UNIMPROVED

| LINE TABLE | | |
|---|---|---|
| L1 | S 71°57'04" E | 6.12' |
| L2 | S 67°17'50" E | 248.82' |
| L3 | S 61°27'55" E | 287.88' |
| L4 | S 61°14'28" E | 267.49' |
| L5 | N 56°29'29" W | 176.94' |
| L6 | N 60°12'22" W | 17.39' |
| L7 | N 65°59'06" W | 134.11' |
| L8 | N 08°46'04" E | 205.65' |

PLAT SHOWING AN 2.117 ACRE (92,211 S.F.),
PARCEL OF LAND MORE OR LESS, BEING OUT
OF ANCIENT JURISDICTION OF MIER J. SALINAS
GRANT,A-163, SHARE 8b, PORCION 71, STARR
COUNTY,TX, AND A PORTION OF THE RESIDUE
OF A CALLED 99.25 ACRE TRACT IN VOL 515,
PG 564 EXECUTED DECEMBER 18 1985, O.R.S.C.T.

LEGEND

— PL — PROPERTY LINE
— — — ADJOINING ACQUISITION LINE
         ACQUISITION AREA
POB   POINT OF BEGINNING
POC   POINT OF COMMENCING
O.R.S.C.T.   OFFICIAL RECORDS STARR COUNTY, TX
●   SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED
○   FOUND PROPERTY CORNER AS NOTED
M.R.S.C.T.   MAP RECORDS STARR COUNTY, TX
▲   CALCULATED POINT

RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 259-4020
FAX (281) 259-4021

METES & BOUNDS SURVEY
JOHN F.J. GUERRA
RGV-RGC-1104

STARR COUNTY                                    TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | DAR | 12/2019 |
| Checked | A.I. | 12/2019 |
| Surveyor | DK | 12/2019 |
| Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 3 OF 4

RODS PROJ. 595-21846-001     FILE NAME: RGV-RGC-1104A     DATE:     12-06-2019



RESIDUE OF
CALLED 50.10 AC
JUSTO DE LA O
VOL 1086 PG 185
3/3/2006
O.R.S.C.T.

1/2"
I.R. FND

CAMPOBELLO
SUBDIVISION
VOL 2 PG 186
1/18/80
M.R.S.C.T.

P.O.C.
1/2" I.R. FND

300    0    150

SCALE: 1" = 300'

RESIDUE OF
CALLED 99.25 AC.
RIO VISTA ESTATES INC.
TO
JOHN F.J. GUERRA
VOL 515, PG 564
O.R.S.C.T.

SOUTH LINE SHARE 17-4

NORTH LINE OF RGV-RGC 1003

RGV-RGC-1104 POB

CITY OF ROMA
DOC NO. 437070 (1.31 S.C.)
(WEST RECORD NO FOUND)
BY CITY OF ROMA

1/2"
I.R. FND

METAL
AWNING

METAL
AWNING

METAL
AWNING

Ignacio G. Gutierrez

Dr. Cecilio Homero Gutierrez, M.D.

Matilde Munoz and
wife, Lucio G. Munoz

ALENDE  AVE.

WASHINGTON  AVE.

EDGE OF WATER
AS OF SURVEY DATE

RGV-RGC-1104
GROSS 2.117 AC. (92,211 SF.)

SOUTH LINE SHARE 17-4

RGV-RGC-1082

RGV-RGC-1081

RGV-RGC-1080

| COORDINATE TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-1104-1 | 16,674,908.855 | 812,512.958 |
| RGV-RGC-1104-2 | 16,674,906.959 | 812,518.778 |
| RGV-RGC-1104-3 | 16,674,810.926 | 812,748.319 |
| RGV-RGC-1104-4=1082-1 | 16,674,673.406 | 813,001.233 |

NOTES:

1. The bearings, distances, and coordinate values
shown hereon are based on the State Plane
Coordinate System of Texas, South Zone
(4205), North American Datum of 1983 (2011
ADJ; 2010.00 EPOCH). The distances and
coordinates shown hereon are grid values and
may be converted to surface using a combined
scale factor of 1.00004. (grid x 1.00004 =
surface)

2. The area shown hereon has been calculated
using grid values.

3. This survey was prepared without benefit of a
current title commitment and may not show
easements and other factors which might affect
the property.

4. A Metes and Bounds of even date accompanies
this plat.

5. Lone Star 811 was submitted for this survey
on Nov. 15, 2018 (ticket Nos.583107639,
1881973340), no visible marks for utilities as
of this date.

STATE OF TEXAS
REGISTERED
JOHN DAVID KENNEY
2080
PROFESSIONAL
LAND SURVEYOR

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND
SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR
PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON
THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET
FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND
SURVEYING.

John David Kenney    12-12-19
JOHN DAVID KENNEY RPLS 2080         DATE



RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
JOHN F.J. GUERRA
RGV-RGC-1104

STARR COUNTY                    TEXAS

| Mark | Description | Date | Appr. | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | DAR | 12/2019 |
| | | | | Checked | A.I. | 12/2019 |
| | | | | Surveyor | JDK | 12/2019 |
| | | | | Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10093942

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 4 OF 4

RODS PROJ. 595-21846-001     FILE NAME: RGV-RGC-1104B     DATE: 12-06-2019

# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1082**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 0.710**

## SCHEDULE "CCC"
## LEGAL DESCRIPTION

Tract: RGV-RGC-1082
Owner: Jose Ignacio Gutierrez, et al.
Acres: 0.710
**BEING** a 0.710 acre tract (30,911 square feet) parcel of land out of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the J. Salinas Grant, Abstract 163, Share 11-a, and a portion of a called 1.60 acre tract of land described as Tract "a" in a deed dated January 25, 1954, to Ignacia G. Gutierrez, recorded in Volume 191, Page 89, and in an executors deed dated June 12, 2009 distributing the property to Jose Ignacio Gutierrez, Minerva G. Guerra, Rosario G. Pope, Celeste G. Narro, Cecelia G. Martinez and Maria Iris G. Trevino recorded in Book 1238, Pages 80, 85, 90, 95, 100 and 105 of the Official Records of Starr County, Texas (O.R.S.C.T.), said 0.710 acre tract being more particularly described by metes and bounds as follows:

**BEGINNING at a point** for reference at a 2-inch steel pipe found, having a coordinate value of N=16,674,587.980 and E=812,845.580 in the common northwest line of said Ignacia G. Gutierrez tract and the southeast line of the residue of a called 99.25 acre tract of land described in a deed dated December 18, 1984 from Rio Vista Estates, Inc., to John F.J. Guerra, recorded in Volume 515, Page 564 (O.R.S.C.T). All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (CORS 96).

**THENCE**: NORTH 61°14'28" EAST, with said common line, a distance of 177.55 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1104-4= 1082-1" for the north corner of this tract;

**THENCE**: SOUTH 61°27'55" EAST, over and across said Ignacia G. Gutierrez tract, a distance of 134.04 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1082-2= 1081-1" set in the common southeast line of said Ignacia G. Gutierrez tract and the northwest line of a called 1.60 acre tract of land described in a deed dated November 10, 1969, to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539 (O.R.S.C.T.), said called 1.60 acre tract owned by the Estate of Elisa de Leon Gutierrez being under Travis County Court No. 1, Case No. PR-18-000383 assigning Laura Sandoval as executrix, for the east corner of this tract;

**THENCE**: SOUTH 61°14'28" WEST, along said common line, a distance of 280.62 feet to an unmarked point along the north water line of the Rio Grande River (as of the date of this survey) for the south corner of this tract;

**THENCE**: NORTH 56°29'29" WEST, along the north water line of the Rio Grande River (as of the date of this survey), a distance of 127.43 feet to an unmarked point in said common northwest line of said Ignacia G. Gutierrez tract and the southeast line of said called 99.25 acre tract along the north water line of the Rio Grande River (as of the date of this survey) for the west corner of this tract;

**THENCE**: NORTH 61°14'28" EAST, along said common line, a distance of 89.94 feet, to the **PLACE OF BEGINNING** and containing a 0.710 acre tract (30,911 square feet) tract of land.

# SCHEDULE "DDD"

**Tract: RGV-RGC-1082**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 0.710**



SCALE: 1" = 100'

**LEGEND**

| | |
|---|---|
| —— PL —— | PROPERTY LINE |
| — — — — | ADJOINING ACQUISITION LINE |
| (shaded) | ACQUISITION AREA |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| O.R.S.C.T. | OFFICIAL RECORDS STARR COUNTY, TX |
| ● | SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED |
| ○ | FOUND PROPERTY CORNER AS NOTED |
| M.R.S.C.T. | MAP RECORDS STARR COUNTY, TX |
| ▲ | CALCULATED POINT |

| LINE TABLE | | |
|---|---|---|
| L1 | N 61°14'28" E | 177.55' |
| L2 | S 61°27'55" E | 134.04' |
| L3 | S 61°14'28" W | 280.62' |
| L4 | N 56°29'29" W | 127.43' |
| L5 | N 61°14'28" E | 89.94' |
| L6 | S 61°14'28" E | 69.67' |
| L7 | N 61°14'28" E | 74.81' |



**RODS**
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

PLAT SHOWING AN 0.710 ACRE (30,911 S.F.), PARCEL OF LAND MORE OR LESS, BEING OUT OF ANCIENT JURISDICTION OF MIER J. SALINAS GRANT, A-163, SHARE 11-a, PORCION 71, STARR COUNTY, TX, BEING OF A CALLED 1.60 ACRE TRACT CONVEYED TO IGNACIA G. GUTIERREZ IN VOL 191, PG 89 EXECUTED JANUARY 25, 1954, O.R.S.C.T.

METES & BOUNDS SURVEY
IGNACIA G. GUTIERREZ
**RGV-RGC-1082**

STARR COUNTY                    TEXAS

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815778870001

| Mark | Description | Date | Appr. |
|---|---|---|---|

| | BY | DATE |
|---|---|---|
| Drawn | WES | 12/2019 |
| Checked | A.I. | 12/2019 |
| Surveyor | JDK | 12/2019 |
| Fld.Bk.# | B&F FIELD 1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193042

**B&F**
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers



Drawing Ref. No. SHEET 3 OF 4

RODS PROJ. 595-21846-001     FILE NAME: RGV-RGC-1082A     DATE:     12/11/2019



J. SALINAS GRANT, A-163, PORCION 71
ANCIENT JURISDICTION OF MIER

200   0   100

SCALE: 1" = 200'

CAMPOBELLO SUBDIVISION
VOL 2 PG 186
1/18/1980
P.R.S.C.T.

RESIDUE OF
CALLED 89.35 AC.
RIO VISTA ESTATES INC.
JOHN TO
JOHN F.J. GUERRA
VOL 515, PG 564
O.R.S.C.T.

CITY OF ROMA
VOL 2 PG 353
M.R.S.C.T.

RGV-RGC-1104

P.O.B.

Rio Grande River

RGV-RGC-1181

RGV-RGC-1082
GROSS 0.710 AC. (30,911 SF.)

RGV-RGC-1180

RGV-RGC-1006

RGV-RGC-1078

RGV-RGC-1077

RGV-RGC-1076

Called 1.60 Acres
Ignacio Cutierrez
Vol 191 Pg 299
January 25, 1954

Called 1.6 Acre
Dr. Cecilio Homero Gutierrez, M.D.
Vol 346 Pg 539, November 10, 1969
Eliso De Leon owned by the Estate of under
order 7:08-cv-177 assigning
court Laura Sandoval as Executrix

1.00 Acres
Matilde Munoz and
wife July 10, 1974
Vol 395 Pg 289

Called 1.60 Acres
Juan Montalvo and wife,
Ascension Montaly Wong
Vol 384 Pg 1975
March 10, 1975

Called 1.51 Acres
First Tract
Juan Montalvo and
wife, Ascencion
Vol 384 Pg 137
March 10, 1975

WASHINGTON AVE.

MATAGORDA AVE.

LA FRAGUA AVE.

A

A

Called 1.55 Ac
Isabel Gutierrez Garcia to Angelita G. Haynes
Out of Share 11-a Vol 191 Pg 97
O.R.S.C.T. January 25, 1954
Transferred to by probate
and distribution in Warranty
Deed 2018-346819 to Jose
Ignacio Gutierrez, Minerva G. Guerra,
Rosario G. Pope, Celeste G. Narro,
Cecilia G. Martinez, Maria Iris G. Trevino
Desember 13, 2018

NOTES:

1. The bearings, distances, and coordinate values shown hereon are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983 (2011 ADJ: 2010.00 EPOCH). The distances and coordinates shown hereon are grid values and may be converted to surface using a combined scale factor of 1.00004. (grid x 1.00004 = surface)

2. The area shown hereon has been calculated using grid values.

3. This survey was prepared without benefit of a current title commitment and may not show easements and other factors which might affect the property.

4. A Metes and Bounds of even date accompanies this plat.

5. Lone Star 811 was submitted for this survey on Nov. 15, 2018 (ticket Nos.583107639, 1881973340), no visible marks for utilities as of this date.

STATE OF TEXAS
REGISTERED
JOHN DAVID KENNEY
2080
PROFESSIONAL
LAND SURVEYOR

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING.

John David Kenney                    12-12-19
JOHN DAVID KENNEY RPLS 2080          DATE

### COORDINATE TABLE

| MONUMENT NAME | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-1104-4-1082-1 | 16,674,673.406 | 813,001.233 |
| RGV-RGC-1082-2-1081-1 | 16,674,609.374 | 813,118.993 |

# RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
IGNACIA G. GUTIERREZ
## RGV-RGC-1082

STARR COUNTY                    TEXAS

Drawing Ref. No.
SHEET 4 OF 4

| Mark | Description | Date | Appr. | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | WES | 12/2019 |
| | | | | Checked | A.I. | 12/2019 |
| | | | | Surveyor | JDK | 12/2019 |
| | | | | Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO: W9127S-14-D-0013
T.O.: W45XMA815779870001

B&F
ENGINEERING, INC.
929 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-8859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942



US Army Corps
of Engineers

RODS PROJ. 595-21846-001     FILE NAME: RGV-RGC-1082B     DATE:     12-11-2019

# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1081**
**Owner: Estate of Elisa de Leon Gutierrez**
**Acres: 0.770**

## SCHEDULE "CCC"
## LEGAL DESCRIPTION

Tract: RGV-RGC-1081

Owner: Estate of Elisa de Leon Gutierrez

Acres: 0.770

**BEING** a 0.770 acre tract (33,533 square feet) parcel of land out of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the J. Salinas Grant, Abstract 163, Share 11-a, and a portion of a called 1.60 acre tract of land described in a deed dated November 10, 1969, from Encarnacion Gutierrez and wife, Olivia L. Gutierrez, to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539, of the Official Records of Starr County, Texas (O.R.S.C.T.), said called 1.60 acre tract owned by the Estate of Elisa de Leon Gutierrez being under Travis County Court No.1, Case No. PR-18-000383 assigning Laura Sandoval as executrix, said 0.770 acre tract parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at a 2-inch steel pipe found, having a coordinate value of N = 16,674,587.980 and E = 812,845.580, in the common northwest line of a called 1.60 acre tract of land described as Tract "a" in a deed dated January 25, 1954, to Ignacia G. Gutierrez, recorded in Volume 191, Page 89 (O.R.S.C.T.), and the southeast line of the residue of a called 99.25 acre tract of land described in a deed dated December 18, 1984 from Rio Vista Estates, Inc. to John F. J. Guerra, recorded in Volume 515, Page 564 (O.R.S.C.T), thence as follows;

**THENCE**: NORTH 61°14'28" EAST, with said common line, a distance of 177.55 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1104-4=1082-1" set in the northwest line of said Ignacia G. Gutierrez tract;

**THENCE**: SOUTH 61°27'55" EAST, over and across said Ignacia G. Gutierrez tract, a distance of 134.04 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1082-2= 1081-1" set in the common southeast line of said Ignacia G. Gutierrez tract and the northwest line of said Elisa de Leon Gutierrez tract for the north corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N=16,674,609.374 and E=813,118.993.  All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone, (4205) North American Datum 1983 (CORS 96).

**THENCE**: SOUTH 61°27'55" EAST, over and across said Elisa de Leon Gutierrez tract, a distance of 38.82 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1081-2" set for an angle point along the northeast limit of this tract;

**THENCE**: SOUTH 49°23'54" EAST, continuing over and across said Elisa de Leon Gutierrez tract, a distance of 93.43 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1081-3 = 1080-2" set in the common southeast line said Elisa de Leon Gutierrez tract and the northwest line of a called 0.61 acre tract conveyed to Romulo Gutierrez in Volume 191, Page 98 O.R.S.C.T. for the east corner of this tract;

**THENCE**: SOUTH 61°14'24" WEST, with said common line, at a distance of 207.20 pass the south line of said Share 11-a and continuing a total distance of 271.48 feet to an unmarked point along the north water line of the Rio Grande River (as of the date of this survey) for the south corner of this tract;

**THENCE**: NORTH 56°27'33" WEST, along the north water line of the Rio Grande River (as of the date of this survey), a distance of 135.65 feet to an unmarked point in the common northeast line of said Ignacia G. Gutierrez tract along the north water line of the Rio Grande River (as of the date of this survey) for the west corner of this tract;

**THENCE**: NORTH 61°14'28" EAST, along said common line, a distance of 280.62 feet, to the **PLACE OF BEGINNING** and containing a 0.770 of one acre (33,533 square feet) tract of land.

# SCHEDULE

# "DDD"

**Tract: RGV-RGC-1081**
**Owner: Estate of Elisa de Leon Gutierrez**
**Acres: 0.770**



SCALE: 1" = 100'

**LEGEND**

| | |
|---|---|
| —PL— | PROPERTY LINE |
| — — — | ADJOINING ACQUISITION LINE |
| | ACQUISITION AREA |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| O.R.S.C.T. | OFFICIAL RECORDS STARR COUNTY, TX |
| ● | SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED |
| ○ | FOUND PROPERTY CORNER AS NOTED |
| M.R.S.C.T. | MAP RECORDS STARR COUNTY, TX |
| ▲ | CALCULATED POINT |

| LINE TABLE | | |
|---|---|---|
| L1 | S 61°27'55" E | 38.82' |
| L2 | S 49°23'54" E | 93.43' |
| L3 | S 61°14'24" W | 271.48' |
| L4 | N 56°27'33" W | 135.65' |
| L5 | N 61°14'28" E | 280.62' |

PLAT SHOWING AN 0.770 ACRE (33,533 S.F.), PARCEL OF LAND MORE OR LESS, BEING OUT OF PORCION 71, ANCIENT JURISDICTION OF MIER, MEXICO, NOW STARR COUNTY, TEXAS, ALSO BEING OUT OF THE J. SALINAS GRANT, ABSTRACT 163, SHARE 11–A, ALSO BEING OUT OF A CALLED 1.60 ACRE TRACT CONVEYED TO DR. CECILIO HOMERO GUTIERREZ M.D., IN VOL 346, PG 539, EXECUTED NOVEMBER 10, 1969, O.R.S.C.T. ESTATE OF ELISA DE LEON GUTIERREZ BEING UNDER COURT ORDER 7:08–CV–177 ASSIGNING LAURA SANDOVAL AS EXECUTRIX.

**RODS**
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
ESTATE OF ELISA de LEON GUTIERREZ
**RGV-RGC-1081**

STARR COUNTY                    TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | A.I. | 12/2019 |
| Checked | D.R. | 12/2019 |
| Surveyor | JDK | 12/2019 |
| Fld.Bk.# | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

**B&F ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com
TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193042

US Army Corps
of Engineers

Drawing Ref. No.
SHEET 3 OF 4

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1081A    DATE:    12/11/2019



J. SALINAS GRANT, A-163, PORCION 71
ANCIENT JURISDICTION OF MIER
STARR COUNTY, TX

SCALE: 1" = 200'

RGV-RGC-1081
GROSS 0.770 AC. (33,533 SF.)

NOTES:

1. The bearings, distances, and coordinate values shown hereon are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983 (2011 ADJ; 2010.00 EPOCH). The distances and coordinates shown hereon are grid values and may be converted to surface using a combined scale factor of 1.00004. (grid x 1.00004 = surface)

2. The area shown hereon has been calculated using grid values.

3. This survey was prepared without benefit of a current title commitment and may not show easements and other factors which might affect the property.

4. A Metes and Bounds of even date accompanies this plat.

5. Lone Star 811 was submitted for this survey on Nov. 15, 2018 (ticket Nos.583107639, 1881973340), no visible marks for utilities as of this date.

### COORDINATE TABLE

| MONUMENT NAME | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-1082-2=1081-1 | 16,674,609.374 | 813,118.993 |
| RGV-RGC-1081-2 | 16,674,590.831 | 813,153.096 |
| RGV-RGC-1081-3=1082-2 | 16,674,530.027 | 813,224.033 |

## RODS
### Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING.

JOHN DAVID KENNEY RPLS 2080          12-12-19
                                      DATE

STATE OF TEXAS
REGISTERED
JOHN DAVID KENNEY
2080
PROFESSIONAL LAND SURVEYOR

### METES & BOUNDS SURVEY
### ESTATE OF ELISA de LEON GUTIERREZ
## RGV-RGC-1081

STARR COUNTY                    TEXAS

|  | BY | DATE |
|---|---|---|
| Drawn | WES | 12/2019 |
| Checked | A.I. | 12/2019 |
| Surveyor | JDK | 12/2019 |
| Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1081B    DATE:    12-11-2019

# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1080**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 0.828**

**SCHEDULE "CCC"**
**LEGAL DESCRIPTION**

Tract: RGV-RGC-1080
Owner: Jose Ignacio Gutierrez, et al.
Acres: 0.828

**BEING** a 0.828 acre tract (36,075 square feet) parcel of land out of a portion of Share 11-A of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 0.61 acre tract of land described in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Romulo Gutierrez, recorded in Volume 191, Page 98 of the Official Records of Starr County Texas (O.R.S.C.T.), Said parcel being transferred by probate and distribution deed to Jose Ignacio Gutierrez, Minerva G. Guerra, Rosario G. Pope, Celeste G. Narro, Cecilia G. Martinez, Maria Iris G. Trevino and the Estate of Elisa de Leon Gutierrez said 0.828 acre tract of land being more particularly described by metes and bounds as follows:

**COMMENCING** at the north corner of a called 1.00 acre tract of land described in a deed dated July 11,1974 from Hortencia C. Gutierrez to Matilde Munoz and wife, Lucia G. Munoz recorded in Volume 395, Page 389 of the O.R.S.C.T., common to the east corner of a called 1.60 acre tract of land described in a deed dated November 10, 1969 to Dr. Cecilio Homero Gutierrez, M.D. having a coordinate value of N = 16,674,694.202 and E = 813,522.932, from which a found 1/2 inch iron rod bears said points bears NORTH 27°06' 00" WEST, a distance of 1.19 feet:

SOUTH 61°13'18" WEST, along the common line of said 1.00 acre tract of land and said 1.60 acre tract of land a distance of 318.00 feet to a 5/8 iron rod with aluminum cap stamped "RGV-RGC-1081-4=1080-1" set for the north corner of said 0.61 acre tract of land common to the west corner of said 1.00 acre tract of land and in the south line of said 1.60 acre tract of land and **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N = 16,674,541.097 and E = 813,244.211, said point bears SOUTH 13°40' 15" WEST, a distance of 2,222.69 feet from United States Army Corps of Engineers Control Point No. S133;

**THENCE,** SOUTH 27°10'00" EAST, a distance of 137.00 feet to a set aluminum disk on a 5/8 iron rod stamped RGV-RGC-1080-2=1079-3 at the south corner of said 1.00 acre tract of land in the northerly line of a called 1.60 acre Second Tract dated March 10, 1975 from Jacinto Montalvo and wife Zulema Pena de Montalvo to Juan Montalvo and wife, Ascencion V. Montalvo recorded in Volume 384, Page 137 of the O.R.S.C.T., for the southeast corner of the parcel described herein;

**THENCE,** SOUTH 61°14'29" WEST, passing at a distance of 160.65 feet the south line of Share 11-A and continuing for a total distance of 237.01 feet to an unmarked point on the northerly water's edge of the Rio Grande River as of the date of this survey being the south east corner of the parcel described herein;

**THENCE,** NORTH 46°23'05" WEST, a distance of approximately 40.03 feet to an unmarked point along the northerly water's edge of the Rio Grande River as of the date of this survey being a point along the southerly line of this parcel;

**THENCE,** NORTH 48°42'28" WEST, a distance of approximately 34.73 feet to an unmarked point along the northerly water's edge of the Rio Grande River as of the date of this survey being a point along the southerly line of this parcel;

**THENCE,** NORTH 51°22'28" WEST, a distance of approximately 31.78 feet to an unmarked point along the northerly water's edge of the Rio Grande River as of the date of this survey being a point along the southerly line of this parcel;

**THENCE,** NORTH 54°09'49" WEST, a distance of approximately 40.75 feet to an unmarked point along the northerly water's edge of the Rio Grande River as of the date of this survey and the southwest corner of this parcel;

**THENCE,** NORTH 61°14'27" EAST, distance of approximately 294.49 feet along the common line of the said 1.60 acre tract of land and said 0.61 acre tract of land to the **POINT OF BEGINNING** and containing 0.828 acres (36,075 square feet) of land.

# SCHEDULE "DDD"

**Tract: RGV-RGC-1080**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 0.828**



CONTROL POINT
PT# S133
N=16,767,00.818
E=813,769.534

100    0    50

SCALE: 1" = 100'

Residue of
Called 99.25 AC.
Rio Vista Estates Inc.
to
John F.J. Guerra
Vol 515, PG 564
December 18, 1984
O.R.S.C.T.

Called 1.60 Acres
Tract "A"
Ignacio G. Gutierrez
Vol 191 Pg 89
January 25, 1954

Called 1.60 Acres
Dr. Cecilio Homero
Gutierrez, M.D.
Vol 346 Pg 539
November 10, 1969

P.O.C.
N=16,674,694.202
E=813,522.932
FND 1/2" IRON ROD
BEARS  N 27'06'00" W  1.19'

WASHINGTON AVENUE

MAP OF THE
CITY OF ROMA
VOL. 2, PG. 353
M.R.S.C.T.

RGV-RGC-1082

P.O.B. RGV-RGC-1080
RGV-RGC-1081-4=
1080-1
N=16,674,541.097
E=813,244.211

RGV-RGC-1081-3=
1080-2

DIRT ROAD BORDER PATROL
S 61'13'18" W 318.00'

Called 1.00 Acres
Hortencia C. Gutierrez
to Matilde Munoz and
wife, Lucia G. Munoz
Vol 395 Pg 389
July 11, 1974

FAIRLY OPEN
LIGHT BRUSH

RGV-RGC-1081

RGV-RGC-1080
0.828 AC. (36,075 S.F.)

Called 0.61 Acre Romulo Gutierrez
Isabel Gutierrez, Porcion by probate
being transferred to by probate Gutierrez,
distribution deed Jose Rosario G. Gutierrez,
Minerva G. Guerra, Celeste G. Martinez,
Celeste G. Narro, 1954
January 25, 1954

Called 1.60 Acres
Second Tract and wife,
Jacinto Montalvo de Montalvo
Zulema Pena and wife,
to Juan Montalvo and wife,
Ascencion V. Montalvo
Vol 384 Pg 137
March 10, 1975

RGV-RGC-1079

RGV-RGC-1080-2=
1079-3

64.28

160.65

RGV-RGC-1078

FND STEEL FENCE
CORNER POST

(CALLED 194.80')
FND 195.30'

RIO GRANDE RIVER

L6  L5  L4  L3

L2

SOUTH LINE SHARE 11-A

| LINE TABLE | | |
|---|---|---|
| L1 | S 27'10'00" E | 137.00' |
| L2 | S 61'14'29" W | 237.01' |
| L3 | N 46'23'05" W | 40.03' |
| L4 | N 48'42'28" W | 34.73 |
| L5 | N 51'22'28" W | 31.78' |
| L6 | N 54'09'49" W | 40.75' |
| L7 | N 61'14'27" E | 294.49' |

LEGEND

| | | |
|---|---|---|
| —— PL —— | PROPERTY LINE | |
| – – – – | ADJOINING ACQUISITION LINE | |
| | ACQUISITION AREA | |
| POB | POINT OF BEGINNING | |
| POC | POINT OF COMMENCING | |
| O.R.S.C.T. | OFFICIAL RECORDS STARR COUNTY, TX | |
| ● | SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED | |
| ○ | FOUND PROPERTY CORNER AS NOTED | |
| M.R.S.C.T. | MAP RECORDS STARR COUNTY, TX | |
| ▲ | CALCULATED POINT | |

| COORDINATE TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-1081-4=1080-1 | 16,674,541.097 | 813,244.211 |
| RGV-RGC-1080-2=1079-3 | 16,674,419.211 | 813,306.762 |
| RGV-RGC-1081-3=1080-2 | 16,674,530.027 | 813,224.033 |

PLAT SHOWING AN 0.828 ACRE (36,075 S.F.), PARCEL OF LAND MORE OR LESS,
BEING OUT OF PORCION 71, ANCIENT JURISDICTION OF MIER, MEXICO, NOW STARR
COUNTY, TEXAS, ALSO BEING OUT OF THE J. SALINAS GRANT, ABSTRACT 163,
SHARE 11-a, ALSO BEING OUT OF A CALLED 0.61 ACRE TRACT CONVEYED TO
ROMULO GUTIERREZ IN VOL. 191, PG. 95, EXECUTED JANUARY 25, 1954 (O.R.S.C.T.),
BEING TRANSFERRED TO BY PROBATE AND DISTRIBUTION DEED TO JOSE IGNACIO
GUTIERREZ, MINERVA G. GUERRA, ROSARIO G. POPE, CELESTE G. NARRO, CECILIA G.
MARTINEZ, MARIA IRIS G. TREVINO.

RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
JOSE IGNACIO GUTIERREZ et al.
RGV-RGC-1080

STARR COUNTY                    TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | DAR | 12/2019 |
| Checked | A.I. | 12/2019 |
| Surveyor | JDK | 12/2019 |
| Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

| Mark | Description | Date | Appr. |
|---|---|---|---|

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) bnf@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

Drawing Ref. No.
SHEET 3 OF 4

US Army Corps
of Engineers

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1080A    DATE:    12/11/2019



ANCIENT JURISDICTION OF MIER, MEXICO
J. SALINAS GRANT, A-163,
SHARE 11-a, PORCION 71
STARR COUNTY, TX

200   0   100

SCALE: 1" = 200'

RGV-RGC-1080
(36,075 SF.)

NOTES:

1. The bearings, distances, and coordinate values shown hereon are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983 (2011 ADJ; 2010.00 EPOCH). The distances and coordinates shown hereon are grid values and may be converted to surface using a combined scale factor of 1.00004. (grid x 1.00004 = surface)

2. The area shown hereon has been calculated using grid values.

3. This survey was prepared without benefit of a current title commitment and may not show easements and other factors which might affect the property.

4. A Metes and Bounds of even date accompanies this plat.

5. Lone Star 811 was submitted for this survey on Nov. 15, 2018 (ticket Nos.583107639, 1881973340), no visible marks for utilities of this date.



I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING.

JOHN DAVID KENNEY RPLS 2080        12-12-19
                                                                    DATE



**RODS**
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
JOSE IGNACIO GUTIERREZ et al.
RGV-RGC-1080

STARR COUNTY                          TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|
|      |             |      |       |
|      |             |      |       |
|      |             |      |       |
|      |             |      |       |

|         | BY  | DATE    |
|---------|-----|---------|
| Drawn   | DAR | 12/2019 |
| Checked | A.I.| 12/2019 |
| Surveyor| JDK | 12/2019 |
| Fld.Bk #| B&F FIELD 1 |   |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779970001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942



**B&F**
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

Drawing Ref. No.: SHEET 4 OF 4

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1080B    DATE:    12-12-2019

# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1078**
**Owner: Noelia Montalvo Munoz, et al.**
**Acres: 1.056**

SCHEDULE "CCC"
LEGAL DESCRIPTION

Tract: RGV-RGC-1078
Owner: Noelia Montalvo Munoz, et al.
Acres: 1.056

**BEING** a 1.056 acre (45,988 square feet) parcel of land out of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the J. Salinas Grant, Abstract 163, Share 11-a, and a portion of a called 1.60 acre tract of land described in a deed dated March 10, 1975, from Juan Montalvo and wife, Zulema Pena de Montalvo, to Juan Montalvo and wife, Ascencion V. Montalvo, recorded in Volume 384, Page 137 of the Official Records of Starr County, Texas (O.R.S.C.T.), said property being transferred to Noelia Montalvo Munoz and Sylvia Montalvo Ramirez by warranty deed 2019 - 348697 on February 12, 2008 said 1.056 acre parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at the common north corner of a called 1.00 acre tract of land described in a deed dated July 11, 1974, to Matilde Munoz and wife, Lucia G. Munoz, recorded in Volume 395, Page 389 (O.R.S.C.T.) and the east corner of a called 1.60 acre tract of land described in a deed dated November 10, 1969, to Dr. Cecilio Homero Gutierrez, M.D., recorded in Volume 346, Page 539 (O.R.S.C.T.), said called 1.60 acre tract owned by the Estate of Elisa de Leon Gutierrez being under Travis County Court No.1, Case No. PR-18-000383 assigning Laura Sandoval as executrix, from which a found 1/2-inch iron rod found bears NORTH 27°06'00" WEST, 1.19 feet, thence as follows:

SOUTH 61°13'10" WEST, along the common northwest line of said called 1.00 acre tract and the southeast line of said called 1.60 acre tract, at a distance of 318.00 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1081-3= 1080-1" set for the common west corner of said called 1.00 acre tract and the north corner of that certain called 0.61 acre tract of land described in a deed dated January 25, 1954, from Isabel Gutierrez Garcia to Romulo Gutierrez recorded in Volume 191, Page 98 (O.R.S.C.T.);

**THENCE**, SOUTH 27°10'00" EAST, along the north line of said called 0.61 acre tract and the south line of said called 1.00 acre tract, a distance of 137.00 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1080-2= 1078-5" set on the common northwest line of said 1.60 acre tract of land and the southeast line of said called 1.00 acre tract for the north corner and the **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N=16,674,419.211 and E=813,306.762, said point bears SOUTH 11°27'56" WEST, a distance of 2,328.07 feet from United States Army Corps of Engineers Control Point No. S133;

**THENCE**, NORTH 61°14'29" EAST, along said common line, a distance of 33.24 feet to a 5/8-inch iron rod with aluminum cap marked RGV-RGC-1078-1 for the north corner of the parcel described herein;

**THENCE**, SOUTH 52°46'57" EAST, over and across said parent tract, a distance of 176.40 feet to a 5/8-inch iron rod with aluminum cap marked "RGV-RGC-1078-2= 1077-2" set in the common southeast line of said parent tract and the northwest line of a called 1.55 acre tract of land described in a deed dated January 25, 1954, to Angelita G. Haynes, recorded in Volume 191, Page 97 (O.R.S.C.T.) for the east corner of this tract;

**THENCE**, SOUTH 60°56'59" WEST, along said common line, at a distance of 187.88 pass the south line of said Share 11-a and continuing a total distance of 297.87 feet to an unmarked point along the northerly water line of the Rio Grande River (as of the date of this survey) for the south corner of this tract;

**THENCE**, NORTH 43°29'21" WEST, along the north water line of the Rio Grande River (as of the date of this survey), a distance of 55.00 feet to an unmarked point in the north water line of the Rio Grande River (as of the date of this survey);

**THENCE**, NORTH 44°11'26" WEST, continuing along the north water line of the Rio Grande River (as of the date of this survey), a distance of 113.54 feet to an unmarked point for the west corner of the parcel described herein;

**THENCE**, NORTH 61°14'29" EAST, at a distance of 76.36 feet passing the common east corner of said called 0.61 acre tract and the south corner of said called 1.00 acre tract, in all a total distance of 203.77 feet, to the **POINT OF BEGINNING** and containing a 1.056 acre (45,988 square feet) tract of land.

# SCHEDULE

# "DDD"

**Tract: RGV-RGC-1078**
**Owner: Noelia Montalvo Munoz, et al.**
**Acres: 1.056**



CONTROL POINT PT# S133
N=16,767,00.818
E=813,769.534

P.O.C.
FND 1/2" IRON ROD
BEARS N 27°06'00" W 1.19'
N=16,674,694.202
E=813,522.932

Called 1.6 Acre
Dr. Cecilio Homero Gutierrez, M.D.
Vol 346 Pg 539, November 10, 1969
owned by the Estate of
Elisa De Leon Gutierrez being under
court order 7:08-cv-177 assigning
Laura Sandoval as Executrix

WASHINGTON AVENUE

318.00
Called 1.00 Acre
Hortencia C. Gutierrez
to Matilde Munoz and
wife, Lucia G. Munoz
Vol 395 Pg 389
July 11, 1974

MAP OF THE
CITY OF ROMA
VOL. 2 PG. 353
M.R.S.C.T.

SCALE: 1" = 100'

RGV-RGC-1081-2
1080-1

BORDER PATROL DIRT ROAD

S 61°13'10" W

RGV-RGC-1081

FAIRLY OPEN
LIGHT BRUSH

MODERATE
BRUSH

P.O.B. RGV-RGC-1078
N=16,674,419.211
E=813,306.762

RGV-RGC-1078-1

Temporary
Staging Area
Rgv-Rgc-1078E
33,103 Sq. Ft.
0.760 Acres
(In Litigation)

REMAINING
8.19 Acre
Called 1.60 Acres
Second Tract
Jacinto Montalvo and wife,
Zulema Pena de Montalvo
to Juan Montalvo and wife,
Ascencion V. Montalvo
Vol 384 Pg 137
March 10, 1975
Transferred to Noelia
and Sylvia Montalvo Ramirez by
Warranty Deed 2019-348697
February 12,2008

Called 0.61 Acre
Isabel
Gutierrez Garcia
to Romulo Gutierrez
January 25, 1954

RGV-RGC-1080

RGV-RGC-1078-5
1078-3
RGV-RGC-1080-2

33.24

RGV-RGC-1078-2 1077-2

Called 1.55 Ac
Angelita G. Haynes
Share 11-a Porcion No. 71
Out Of Porcion No.
Justo De La
Vol 191 Pg 97
O.R.S.C.T., 1954
January 25, 1954

RGV-RGC-1078
1.056 AC. (45,988 SF.)

187.88'

76.36'

RIO GRANDE RIVER

RGV-RGC-1077

FND STEEL FENCE
CORNER POST

SOUTH LINE SHARE 11-a

LEGEND

| — PL — | PROPERTY LINE |
| — — — | ADJOINING ACQUISITION LINE |
| | ACQUISITION AREA |
| POB | POINT OF BEGINNING |
| POC | POINT OF COMMENCING |
| O.R.S.C.T. | OFFICIAL RECORDS STARR COUNTY, TX |
| ● | SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED |
| ○ | FOUND PROPERTY CORNER AS NOTED |
| M.R.S.C.T. | MAP RECORDS STARR COUNTY, TX |
| ▲ | CALCULATED POINT |

| LINE TABLE | | |
|---|---|---|
| L1 | S 52°46'57" E | 176.40' |
| L2 | S 60°56'59" W | 297.87' |
| L3 | N 43°29'21" W | 55.00' |
| L4 | N 44°11'26" W | 113.54' |
| L5 | N 61°14'29" E | 237.01' |

PLAT SHOWING AN 1.056 ACRE (45,988 S.F.), PARCEL OF LAND MORE OR LESS,
BEING OUT OF PORCION 71, ANCIENT JURISDICTION OF MIER, MEXICO, NOW STARR
COUNTY, TEXAS, ALSO BEING OUT OF THE J. SALINAS GRANT, ABSTRACT 163,
SHARE 11-α, ALSO BEING OUT OF A CALLED 1.60 ACRE TRACT CONVEYED TO
JUAN MONTALVO AND WIFE, ASCENCION V. MONTALVO IN VOL. 384, PG. 137,
EXECUTED MARCH 10, 1975 (O.R.S.C.T.) BEING TRANSFERRED TO NOELIA MONTALVO
MUNOZ AND SYLVIA MONTALVO RAMIREZ BY WARRANTY DEED 2019-348697
EXECUTED FEBRUARY 12, 2008.

## RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700
6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
NOELIA MONTALVO MUNOZ
& SYLVIA MONTALVO RAMIREZ
RGV-RGC-1078
STARR COUNTY                    TEXAS

DRAWING REF. No.
SHEET 3 OF 4

| Mark | Description | Date | App. | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | A.I. | 12/2019 |
| | | | | Checked | A.I. | 12/2019 |
| | | | | Surveyor | JDK | 12/2019 |
| | | | | Fld.Bk. | B&F FIELD 1 | |

CONTRACT No.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

RODS PROJ. 595-21846-001   FILE NAME: RGV-RGC-1078A   DATE:   12/11/2019



PORCIAN 71
ANCIENT JURISDICTION OF MIER, MEXICO
STARR COUNTY, TX
J. SALINAS GRANT, A-163,
SHARE 11-a

SCALE: 1" = 200'

200        0        100

RGV-RGC-1078
GROSS 1.056 AC. (45,988 SF.)

NOTES:

1. The bearings, distances, and coordinate values shown hereon are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983, (2011 ADJ; 2010.00 EPOCH). The distances and coordinates shown hereon are grid values and may be converted to surface using a combined scale factor of 1.00004. (grid x 1.00004 = surface)

2. The area shown hereon has been calculated using grid values.

3. This survey was prepared without benefit of a current title commitment and may not show easements and other factors which might affect the property.

4. A Metes and Bounds of even date accompanies this plat.

5. Lone Star 811 was submitted for this survey on Nov. 15, 2018 (ticket Nos.583107639, 18819733340), no visible marks for utilities of this date.

| COORDINATE TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-1078-1 | 16,674,435.201 | 813,335.898 |
| RGV-RGC-1078-2=1077-2 | 16,674,328.508 | 813,476.372 |
| RGV-RGC-1080-2=1078-5 | 16,674,419.211 | 813,306.762 |
| RGV-RGC-1081-3=1080-1 | 16,674,341.919 | 813,185.927 |

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING.

STATE OF TEXAS
REGISTERED
JOHN DAVID KENNEY
2080
PROFESSIONAL
LAND SURVEYOR

JOHN DAVID KENNEY RPLS 2080        12-12-19
                                    DATE

RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
NOELIA MONTALVO MUNOZ
& SYLVIA MONTALVO RAMIREZ
RGV-RGC-1078

STARR COUNTY                                TEXAS

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1078B    DATE:    12-11-2019

| Mark | Description | Date | Appr. | | BY | DATE |
|---|---|---|---|---|---|---|
| | | | | Drawn | A.I. | 12/2019 |
| | | | | Checked | A.I. | 12/2019 |
| | | | | Surveyor | JDK | 12/2019 |
| | | | | Fld.Bk. # | B&F FIELD 1 | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMAB15779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-8859
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

Drawing Ref. No.
SHEET 4 OF 4

# SCHEDULE

# "CCC"

**Tract: RGV-RGC-1077**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 1.256**

## SCHEDULE "CCC"
## LEGAL DESCRIPTION

Tract: RGV-RGC-1077
Owner: Jose Ignacio Gutierrez, et al.
Acres: 1.256

**BEING** A 1.256 acre tract (54,733 square feet) parcel of land out of a portion of Share 11-a of Porción 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of a called 1.55 acre tract of land described in a deed dated January 25, 1954 from Isabel Gutierrez Garcia to Angelita G. Haynes recorded in Volume 191, Page 97 of the Official Records of Starr County Texas (O.R.S.C.T.), Said parcel being transferred by probate on December 13, 2018 in Warranty Deed 2018-346819 to Jose Ignacio Gutierrez, Minerva G. Guerra, Rosario G. Pope, Celeste G. Narro, Cecilia G. Martinez, Maria Iris G. Trevino. Said 1.256 acre of land being more particularly described by metes and bounds as follows:

**COMMENCING** at a found Steel Fence corner post found having a coordinate value of N = 16,674,255.020, and E = 813,746.000, at the east corner of said called 1.55 acre tract common to the north corner of called 1.51 Acre tract conveyed from Jacinto Montalvo and Zulema Peña to Juan Montalvo and Ascención V. Montalvo described in a deed dated March 10, 1975 as recorded in Volume 384, Page 137 of the O.R.S.C.T., common to the northeast corner of the said called 1.55 acre tract (First Tract), thence as follows;

SOUTH 61°06'14" WEST, a distance of 182.79 feet along the northwest line of said called 1.51 acre tract common to the southeasterly line of said called 1.55 acre tract to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-1077-1" set for the northeast corner and **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N=16,674,166.690, E=813,585.964, said point bears South 04°08'36"West, 2,540.77 feet from United States Army Corp of Engineers Control Point S133.

**THENCE,** SOUTH 61°06'14" WEST, at a distance of 113.00 feet pass the southwest line of share 11-a, and continuing a total distance of 258.57 continuing with said common line, to an unmarked point at the north line of the Rio Grande River (as of the time of this survey) for the southeast corner of said parcel;

**THENCE,** Along the north line of the Rio Grande River the following courses and distances, approximating the north river line as of the time of this survey;

**THENCE,** NORTH 49°57' 34" WEST, a distance of 43.41 feet;

**THENCE,** NORTH 45°13'23" WEST, a distance of 49.13 feet;

**THENCE,** NORTH 43°29'21" WEST, a distance of 109.71 feet to the west corner of the parcel described herein common to the south corner of RGV-RGC-1078;

**THENCE,** NORTH 60°56'59" EAST, at a distance of 109.98 feet pass the southwest line of said Share 11-a of Porción 71 and the south corner of a called 1.60 acre tract conveyed to Juan Montalvo and wife, Ascencion V. Montalvo in Volume 384, Page 137 (O.R.S.C.T.) and continuing a total distance of 297.87 feet to a 5/8" iron rod with aluminum cap stamped RGV-RGC-1078-2=1077-2;

**THENCE,** SOUTH 52°46'57" EAST, a distance of 7.76 feet along the north line of the tract described herein to a 5/8" iron rod with aluminum cap stamped RGV-RGC-1077-3;

**THENCE,** SOUTH 33°21'03" EAST, a distance of 188.10 feet continuing with the north line of the tract described herein to the Point and **Point of Beginning** and containing 1.256 acres of land.

# SCHEDULE "DDD"

**Tract: RGV-RGC-1077**
**Owner: Jose Ignacio Gutierrez, et al.**
**Acres: 1.256**



| LINE TABLE | | |
|---|---|---|
| L1 | S 61°06'14" W | 258.57' |
| L2 | N 49°57'34" W | 43.41' |
| L3 | N 45°13'23" W | 49.13' |
| L4 | N 43°29'21" W | 109.71' |
| L5 | N 60°56'59" E | 297.87' |
| L6 | S 52°46'57" E | 7.76' |
| L7 | S 33°21'03" E | 188.10' |

| COORDINATE TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-1077-1 | 16,674,166.690 | 813,585.964 |
| RGV-RGC-1078-2=1077-2 | 16,674,328.508 | 813,476.372 |
| RGV-RGC-1077-3 | 16,674,323.814 | 813,482.553 |

CONTROL POINT
PT# S133
N=16,767,00.818
E=813,769.534

SCALE: 1" = 100'

Called 1.60 Acres
Second Tract
Jacinto Montalvo and wife,
Zulema Pena de Montalvo
to Juan Montalvo and wife,
Ascencion V. Montalvo
Vol 384 Pg 137
March 10, 1975

MATAMOROS AVE

MAP OF THE
CITY OF ROMA
VOL. 2 PG. 353
M.R.S.C.T.

MODERATE
TO HEAVY
BRUSH

(CALL 194.80')
FND 195.3'

P.O.C.
FND STEEL FENCE
CORNER POST
N=16,674,255.020
E=813,746.000

LA FRUGUA AVENUE

SOUTH LINE SHARE 11-α

RIO GRANDE RIVER

SEE
DETAIL
A

RGV-RGC-1078

HEAVY
BRUSH

109.98'

113.00'

S 61°06'14" W  182.79'

P.O.B.
RGV-RGC-1077-1

Jacinto Montalvo &
Juan Ontalvo & wife
De Montalvo & Ascencion V.
Vol. 384 Pg. 137
March 10, 1975
O.R.S.C.T.

Called 1.51 Ac
First Tract
Zulema Pena

RGV-RGC-1077
1.256 AC. (54,733 SF.)

RGV-RGC-1076

SOUTH LINE SHARE 11-α

EDGE OF WATER
ON SURVEY DATE

LEGEND

— PL — PROPERTY LINE
— — — — ADJOINING ACQUISITION LINE
▬▬▬ ACQUISITION AREA
POB POINT OF BEGINNING
POC POINT OF COMMENCING
O.R.S.C.T. OFFICIAL RECORDS STARR COUNTY, TX
● SET ALUM. DISK ON 5/8" IR STAMPED AS NOTED
○ FOUND PROPERTY CORNER AS NOTED
M.R.S.C.T. MAP RECORDS STARR COUNTY, TX
▲ CALCULATED POINT

DETAIL
A

Called 1.55 Ac
Isabel Gutierrez Garcia to Angelita G. Haynes
Out of Share 11-α Vol 191 Pg 97
O.R.S.C.T. January 25, 1954
Transferred to by probate
and distribution in Warranty
Deed 2018-346819 to Jose
Ignacio Gutierrez, Minerva G. Guerra,
Rosario G. Pope, Celeste G. Narro,
Cecilia G. Martinez, Maria Iris G. Trevino.
Desember 13, 2018

PLAT SHOWING AN 1.256 ACRE (54,733 S.F.), PARCEL OF LAND BEING OUT OF
PORCION 71, ANCIENT JURISDICTION OF MIER, MEXICO, NOW STARR COUNTY,
TEXAS, ALSO BEING OUT OF THE J. SALINAS GRANT, ABSTRACT 163,
SHARE 11-α, ALSO BEING OUT OF A CALLED 1.55 ACRE TRACT CONVEYED TO
ANGELITA G. HAYNES IN VOL. 191, PG. 97, EXECUTED JANUARY 25, 1954
(O.R.S.C.T.). SAID PARCEL BEING TRANSFERRED TO BY PROBATE AND DISTRIBUTION
IN WARRANTY DEED 2018-346819 TO JOSE IGNACIO GUTIERREZ, MINERVA G. GUERRA,
ROSARIO G. POPE, CELESTE G. NARRO, CECILIA G. MARTINEZ, MARIA IRIS G. TREVINO.

RODS
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
JOSE IGNACIO GUTIERREZ ET AL.
RGV-RGC-1077
STARR COUNTY                        TEXAS

| | BY | DATE |
|---|---|---|
| Drawn | A.I. | 12/2019 |
| Checked | A.I. | 12/2019 |
| Surveyor | JDK | 12/2019 |
| Fld.Bk. | B&F FIELD 1 | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

B&F
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

Mark Description Date Apr.

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

Drawing Ref. No.
SHEET 3 OF 4

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1077A    DATE:    12/10/2019

PORCION 71
ANCIENT JURISDICTION OF MIER, MEXICO
STARR COUNTY, TX
J. SALINAS GRANT, A-163,
SHARE 11-a

200          0          100

SCALE: 1" = 200'

A

*Called 1.55 Ac*
*Isabel Gutierrez Garcia to Angelita G. Haynes*
*Out of Share 11-a Vol 191 Pg 97*
*O.R.S.C.T. January 25, 1954*
*Transferred to by probate*
*and distribution in Warranty*
*Deed 2018-346819 to Jose*
*Ignacio Gutierrez, Minerva G. Guerra,*
*Rosario G. Pope, Celeste G. Narro,*
*Cecilia G. Martinez, Maria Iris G. Trevino*
*Desember 13, 2018*

*FARLY OPEN*
*LIGHT BRUSH*

WASHINGTON  AVE.

*Called 1.00 Acres*
*Hortencia Montalvo and*
*wife, to Marlaine Montalvo and*
*wife, Vol 1995 Pg 474*
*Vol 391 Pg 274*
*O.R.S.C.T.*

*Called 1.60 Acres*
*Jacinto Second tract a*
*Zulema Pena de Montalvo*
*Maria Montalvo and wife,*
*Ascension Montalvo*
*Mar30 1975*
*O.R.S.C.T.*

MATAMOROS  AVE.

*RGV-RGC-1080*

*RGV-RGC-1079*

RIO GRANDE RIVER

*Called 0.61 Acres*
*Isabel Gutierrez Garcia*
*to Romulo Gutierrez*
*Vol 191 Pg 95*
*January 25, 1954*

SOUTH LINE SHARE 11-a

*RGV-RGC-1078*

A

*POB*

LA FRAGUA  AVE.

RGV-RGC-1077
1.256 AC. (54,733 SF.)

*POC*

*Called 1.51 Ac*
*Jacinto First tract a Zulema*
*Hactolac & Montalvo*
*Pena de la a*
*Juan Ontolio Ascencion*
*Montalvo Vol 137*
*Vol 384 Pg 137*
*Mar30 1975*
*O.R.S.C.T.*

*RGV-RGC 1076*

*EDGE OF WATER*

NOTES:

1. The bearings, distances, and coordinate values
shown hereon are based on the State Plane
Coordinate System of Texas, South Zone
(4205), North American Datum of 1983 (2011
ADJ; 2010.00 EPOCH). The distances and
coordinates shown hereon are grid values and
may be converted to surface using a combined
scale factor of 1.00004. (grid x 1.00004 =
surface)

2. The area shown hereon has been calculated
using grid values.

3. This survey was prepared without benefit of a
current title commitment and may not show
easements and other factors which might affect
the property.

4. A Metes and Bounds of even date accompanies
this plat.

5. Lone Star 811 was submitted for this survey
on Nov. 15, 2018 (ticket Nos.583107639,
1881973340), no visible marks for utilities as
of this date.

STATE OF TEXAS
REGISTERED
JOHN DAVID KENNEY
2080
PROFESSIONAL
LAND SURVEYOR

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND
SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR
PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON
THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET
FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND
SURVEYING.

*John David Kenney*                    12-12-19
JOHN DAVID KENNEY RPLS 2080          DATE



**RODS**
Surveying, Inc.
TBPLS FIRM REGISTRATION No. 10030700

6810 LEE ROAD
SPRING, TEXAS 77379
TEL (281) 257-4020
FAX (281) 257-4021

METES & BOUNDS SURVEY
JOSE IGNACIO GUTIERREZ ET AL.

RGV-RGC-1077

STARR COUNTY                                    TEXAS

| Mark | Description | | Date | Appr. |
|------|-------------|---|------|-------|
| | | BY | DATE | |
| | Drawn | DAR | 12/2019 | |
| | Checked | A.I. | 12/2019 | |
| | Surveyor | JDK | 12/2019 | |
| | Fld.Bk. # | B&F FIELD 1 | | |

CONTRACT NO.: W9127S-14-D-0013
T.O.: W45XMA815779870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

*B&F*
ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX)501-767-6859
(EMAIL) info@bnfeng.com

US Army Corps
of Engineers

DRAWING REF. NO.
SHEET 4 OF 4

RODS PROJ. 595-21846-001    FILE NAME: RGV-RGC-1077B    DATE:    12/10/2019