United States District Court
Southern District of Texas
**ENTERED**
December 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
|     Plaintiff, | § |
| VS. | §    CIVIL ACTION NO. 7:08-cv-00177 |
| | § |
| 3.17 ACRES OF LAND, more or less, in | § |
| STARR COUNTY, TEXAS; JUAN | § |
| MONTALVO; et al., | § |
| | § |
|     Defendants. | § |

# **ORDER**

The Court now considers the "United States of America's Status Report" filed on December 4, 2020.[1] This case includes multiple separate tracts of land. In its status report, the United States provides that the only remaining tracts in the case are: Tract RGV-RGC-1082; Tracts RGV-RGC-1077, 1077E, and 1080; and Tract RGV-RGC-1078 and 1078E.[2] All tracts but Tract RGV-RGC-1078 and 1078E have pending before the Court joint motions establishing just compensation, granting possession, and distributing funds on deposit in the Registry of the Court.[3] The United States also provides that:

> On December 3, 2020, counsel for Defendants Noelia Montalvo Munoz and Sylvia M. Ramirez advised the United States that their clients are grieving the death of their mother which has prevented them from finalizing settlement negotiations, as such, Defendants Noelia Montalvo Munoz and Sylvia M. Ramirez are requesting an additional 60 days to consider the United States' counteroffer from July 27, 2020. . . . The United States is unopposed to Defendants Noelia Montalvo Munoz and Sylvia M. Ramirez's request for additional time.[4]

In light of these representations, the Court **CONTINUES** the status conference to **Tuesday, February 16, 2021, at 9:00 a.m.** The Court also **ORDERS** the United States to file a

---

[1] Dkt. No. 159.
[2] *Id*. at 2–3, ¶¶ 1–3.
[3] *Id*. at 2, ¶¶ 1–2; *see* Dkt. Nos. 157–158.
[4] Dkt. No. 159 at 3, ¶ 3.

status report **by February 5, 2021** unless the parties file their joint motion for order establishing just compensation, granting possession and distributing funds on deposit in the Registry of the Court on the remaining tracts before that date.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 9th day of December 2020.

_____
Micaela Alvarez
United States District Judge
