## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. | 7:08-CV-177 |
| § | | |
| 3.17 ACRES OF LAND, MORE OR § | | |
| LESS, SITUATED IN STARR COUNTY, § | | |
| TEXAS; AND JUAN MONTALVO, § | | |
| ET AL., § | | |
| *Defendants.* § | | |

## JOINT STATUS REPORT

On December 9, 2020, the Court set a deadline for the United States of America (hereinafter "United States") to file a status report by February 5, 2021[1]. Pursuant to that Order, the United States and Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez hereby inform the Court as follows:

1. At the status conference on October 21, 2019, the Court ratified the United States' plan to file a joint motion requesting partial judgment for each tract as the issue of just compensation was resolved, with the joint motion for the final tract requesting a final judgment for the case in its entirety.

2. On July 27, 2020, the Court entered an Order[2] granting the following: (1) Amended Joint Motion for Order Establishing Just Compensation for Tracts RGV-RGC-1079 and RGV-RGC-1079E, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court[3], (2) Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing

---

[1] Dkt. No. 160.
[2] Dkt. No. 139.
[3] Dkt. No. 113.

Funds on Deposit in the Registry of the Court as to Tract RGV-RGC-1104[4], and (3) Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tract RGV-RGC-1081[5].

3. On January 25, 2021, the Court entered an Order[6] granting the: (1) Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tracts RGV-RGC-1080, RGV-RGC-1077 & RGV-RGC-1077E[7] and (2) Joint Motion for Order Establishing Just Compensation, Granting Possession, and Distributing Funds on Deposit in the Registry of the Court for Tracts RGV-RGC-1082[8].

4. As a result, the following are the only tracts remaining in this case:

**Tract RGV-RGC-1078 and 1078E**

5. On December 9, 2020, the Court reset the December 15, 2020 status conference to February 16, 2021, at the request of Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez so they could have additional time to grieve their mother's passing and consider the United States' counteroffer from July 27, 2020.[9]

6. On February 2, 2021, Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez informed the United States they are unable to make a final decision on the pending counteroffer in light of President Biden's January 20, 2021 Presidential Proclamation terminating the national emergency at the southern border of the United States and directing "a careful review of all

---

[4] Dkt. No. 122.
[5] Dkt. No. 133.
[6] Dkt. No. 161.
[7] Dkt. No. 157.
[8] Dkt. No. 158.
[9] Dkt. No. 160.

resources appropriated or redirected to construct a southern border wall" through the development of "a plan for the redirection of funds concerning the southern border wall."[10]

7. The Proclamation calls for a "careful review of *all* resources appropriated or redirected to construct a southern border wall"[11] and requires a plan be developed within 60 days from the date of the Proclamation.[12]

8. Tracts RGV-RGC-1078 and 1078E were acquired under the Secure Fence Act of 2006[13], and title has vested in the United States by operation of law.[14]

9. To date, there has been no construction on Tracts RGV-RGC-1078 and 1078E and the United States has not yet obtained possession of these tracts.

## CONCLUSION

Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez are requesting a forty-five (45) day continuance of the status conference set for February 16, 2021, to determine whether the Proclamation will impact the United States' necessity for Tracts RGV-RGC-1078 and 1078E. The United States is unopposed to Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez's request for additional time.

---

[10] Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/proclamation-termination-of-emergency-with-respect-to-southern-border-of-united-states-and-redirection-of-funds-diverted-to-border-wall-construction/.
[11] *Id*. (emphasis added).
[12] *Id*. at Sec. 2.
[13] Dkt. Nos. 2 at Schedule A, 23 at Schedule AA.
[14] Upon the filing of the Declaration of Taking and depositing the estimated compensation in the Registry of the Court, the following events occur by operation of law: "(1) title to the estate or interest specified in the declaration vests in the Government; (2) the land is condemned and taken for the use of the Government; and (3) the right to just compensation for the land vests in the persons entitled to the compensation." 40 U.S.C. § 3114(b); *see* Dkt. Nos. 2, 4.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas


By:    *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

and

*s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov
Attorney for Plaintiff


TEXAS CIVIL RIGHTS PROJECT

By:    */s/ Karla Marisol Vargas*
Karla Marisol Vargas

Karla Marisol Vargas
State Bar No. 24076748
SDTX Bar No. 3336176
kvargas@texascivilrightsproject.org

Ricardo A. Garza
State Bar No. 24109912
SDTX Bar No. 3336127
ricky@texascivilrightsproject.org

Texas Civil Rights Project
1017 W. Hackberry Ave.
Alamo, Texas 78516
Tel: (956) 787-8171 ext. 128
Fax: (956) 787-6348
*Attorneys for Defendants Noelia Montalvo Muñoz*
*and Sylvia Montalvo Ramirez*

## **CERTIFICATE OF SERVICE**

I certify that on February 5, 2021, a copy of the foregoing was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

By:   *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney