## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>3.17 ACRES OF LAND, MORE OR<br>LESS, SITUATED IN STARR COUNTY,<br>TEXAS; AND JUAN MONTALVO,<br>ET AL.,<br>　　　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.　7:08-CV-177 |

### UNITED STATES OF AMERICA'S STATUS REPORT

On February 8, 2021, the Court set a deadline for the United States of America (hereinafter "United States") to file a status report by April 2, 2021.[1] Pursuant to that Order, the United States hereby inform the Court as follows:

1. At the status conference on October 21, 2019, the Court ratified the United States' plan to file a joint motion requesting partial judgment for each tract as the issue of just compensation was resolved, with the joint motion for the final tract requesting a final judgment for the case in its entirety.

2. The issue of just compensation has been resolved as to Tracts RGV-RGC-1104, RGV-RGC-1082, RGV-RGC-1081, RGV-RGC-1080, RGV-RGC-1079, RGV-RGC-1079E, RGV-RGC-1077, and RGV-RGC-1077E.

3. The issue of just compensation is still pending as to tracts RGV-RGC-1078 and RGV-RGC-1078E.

---

[1] Dkt. No. 164.

**Tract RGV-RGC-1078 and 1078E**

4. On December 9, 2020, the Court reset the December 15, 2020 status conference to February 16, 2021, at the request of Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez so they could have additional time to grieve their mother's passing and consider the United States' counteroffer from July 27, 2020.[2]

5. Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez remain unable to make a final decision on the pending counteroffer in light of President Biden's January 20, 2021 Presidential Proclamation terminating the national emergency at the southern border of the United States and directing "a careful review of all resources appropriated or redirected to construct a southern border wall" through the development of "a plan for the redirection of funds concerning the southern border wall."[3]

6. The Proclamation calls for a "careful review of all resources appropriated or redirected to construct a southern border wall" and requires a plan be developed within 60 days from the date of the Proclamation.[4]

7. Tracts RGV-RGC-1078 and 1078E were acquired under the Secure Fence Act of 2006[5], and title has vested in the United States by operation of law.[6]

8. To date, there has been no construction on Tracts RGV-RGC-1078 and 1078E and the United States has not yet obtained possession of these tracts.

---

[2] Dkt. No. 160.
[3] Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/proclamation-termination-of-emergency-with-respect-to-southern-border-of-united-states-and-redirection-of-funds-diverted-to-border-wall-construction/.
[4] *Id*. at Sec. 2.
[5] Dkt. Nos. 2 at Schedule A, 23 at Schedule AA.
[6] Upon the filing of the Declaration of Taking and depositing the estimated compensation in the Registry of the Court, the following events occur by operation of law: "(1) title to the estate or interest specified in the declaration vests in the Government; (2) the land is condemned and taken for the use of the Government; and (3) the right to just compensation for the land vests in the persons entitled to the compensation." 40 U.S.C. § 3114(b); *see* Dkt. Nos. 2, 4.

9. The United States continues to await guidance in response to the Presidential Proclamation.[7]

10. On March 30, 2021, Defendants Noelia Montalvo Muñoz and Sylvia M. Ramirez requested an additional continuance.[8]

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

and

*s/ N. Joseph Unruh*
**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov
Attorney for Plaintiff

---

[7] Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021).
[8] Dkt. No. 166.

## CERTIFICATE OF SERVICE

I certify that on April 2, 2021, a copy of the foregoing was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

                        By:    *s/ Megan Eyes*
                                  **MEGAN EYES**
                                  Assistant United States Attorney