IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE No.: 7:08-cv-00177 |
| 3.17 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, TEXAS; AND JUAN MONTALVO, ET AL., | § § § § § | |
| *Defendants.* | § § | |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT SYLVIA RAMIREZ

Peter McGraw of Texas RioGrande Legal Aid, Inc., is admitted to practice in this Court and hereby notifies the Court and all parties of record that he is appearing in this case as counsel for Defendant Sylvia Ramirez. Peter McGraw's office address, telephone number, fax number, and email address are as follows:

    TEXAS RIOGRANDE LEGAL AID, INC.
    1206 East Van Buren St.
    Brownsville, Texas 78520
    (956) 982-5543 (phone)
    (956) 541-1410 (fax)
    pmcgraw@trla.org

Dated: June 10, 2021

        Respectfully submitted,

        TEXAS RIOGRANDE LEGAL AID, INC.

        */s/ Peter McGraw*
        Peter McGraw
        Attorney for Sylvia Ramirez
        S.D. Tex. No. 2148236
        Texas Bar No. 24081036
        1206 East Van Buren St.
        Brownsville, Texas 78520

Phone: (956) 982-5543
Fax: (956) 541-1410
pmcgraw@trla.org

**CERTIFICATE OF SERVICE**

I certify that this document was served on all counsel f record via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure, on June 10, 2021.

*/s/ Peter McGraw*
Peter McGraw