IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:08-CV-177 |
| | § | |
| 3.17 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, TEXAS; AND JUAN MONTALVO, ET AL., | § § § § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiff, the United States of America, hereby notifies the Court that it has reached settlement terms regarding the amount of just compensation to be paid for its taking of Tracts RGV-RGC-1078 and RGV-RGC-1078E with Defendants Noelia Montalvo Munoz (aka Noeliz (sic) M. Munoz) and Sylvia M. Ramirez.

The United States has requested additional just compensation funds and anticipates these funds will be deposited within 30 days from the filing of this Notice. Within seven (7) days of the deposit, the parties will file a "Joint Motion for Order Establishing Just Compensation, Granting Possession, Distributing Funds on Deposit in the Registry of the Court, and Closing Case" for the above referenced tracts. In this joint motion the parties will request the Court render final judgement in accordance with Federal Rule of Civil Procedure 54.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

**N. JOSEPH UNRUH**
Assistant United States Attorney
Southern District of Texas No. 1571957
Texas Bar No. 24075198
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Neil.Unruh@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 29, 2021, a copy of the foregoing was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record, and by regular U.S. mail to all *pro se* Defendants listed in this cause.

By: *s/Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney